MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162
E-mail:  andrew@marksklein.com
(*pro hac vice* application to be submitted)

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone:  775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>             Plaintiff,<br><br>      vs.<br><br>KENNETH CANNATA,<br><br>             Defendant. | Case No. 3:18-cv-00527<br><br>**CERTIFICATE OF NO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

　　　　Plaintiff HP Tuners, LLC, by its attorneys, Andrew P. Bleiman, Esq., Marks & Klein, and Cecilia Lee, Esq. and Elizabeth High, Esq., Lee High, Ltd. as local counsel, hereby files its Certificate of No Interested Parties pursuant to Local Rules of Practice for the United States District Court, District of Nevada, Rule 7.1-1.

///

///

LEE HIGH, LTD.
448 Ridge Street
Reno, NV 89501
(775) 324-1011

1  There are no known interested parties other than those participating in the case.

2  DATED this 2nd day of November, 2018.

3                  Respectfully Submitted,

4                  LEE HIGH, LTD.

5                  /s/ Elizabeth High, Esq.
                CECILIA LEE, ESQ.

6                  ELIZABETH HIGH, ESQ.

7                  ANDREW P. BLEIMAN, ESQ.

8                  Attorneys for Plaintiff HP Tuners, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

LEE HIGH, LTD.
448 Ridge Street
Reno, NV 89501
(775) 324-1011