

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Andrew Peter Bleiman
1363 Shermer Road
Suite 318
Northbrook, IL 60062-4575

**<u>VIA EMAIL AND UNITED STATES POSTAL SERVICE</u>**

Chicago
Thursday, November 08, 2018

In re:  Andrew Peter Bleiman
Admitted: 11/5/1998
Attorney No. 6255640

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _Lisa Medina_
Lisa Medina
Deputy Registrar

LM