# UNITED STATES DISTRICT COURT

**HP Tuners, LLC,**
                    Plaintiff(s),

            VS.                                    CASE NO:   **3:18-cv-00527-LRH-WGC**

**Kenneth Cannata,**
                    Defendant(s),


### DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF WASHOE            ss.:

**JENLEE KNIGHT PARKER**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **SUMMONS; COMPLAINT; CIVIL COVER SHEET;** On 11/2/2018 and served the same on 11/4/2018 at 3:04 PM by delivery and leaving a copy with:

1. Delivering and leaving a copy with **Kenneth Cannata** at **16455 Bonnie Ln Reno, NV 89511-9063**

**A description of Kenneth Cannata is as follows**

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|--------|--------------------|------|-----|--------|--------|
| Male | White | Brown | 41-45 | 5'7 - 6'0 | 161-180 Lbs |

Other Features: Brown wrap around thin beard.

Server Report: The person who took the paperwork refused to identify themselves.  Server is documenting personal service because he been to this addresss previously to serve subject's wife Mrs. Cannata.

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 11/20/2018
by JENLEE KNIGHT PARKER
Registration: R-2018-000296

No notary is required per NRS 53.045

X _____
JENLEE KNIGHT PARKER
Registration: R-2018-000296
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com

Order#: R52626 NVPRF411

# IN THE .UNITED STATES DISTRICT COURT
## IN AND FOR THE COUNTY OF WASHOE, STATE OF NEVADA

HP Tuners, LLC,

          Plaintiff(s),

VS.                                  CASE NO:   **3:18-cv-00527-LRH-WGC**

Kenneth Cannata,

          Defendant(s),

Declaration of Due Diligence

STATE OF NEVADA

COUNTY OF WASHOE      ss.:

**JENLEE KNIGHT PARKER**, the undersigned, being duly sworn says, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action.  I reside in the state of Nevada.

I received copy(ies) of the **SUMMONS; COMPLAINT; CIVIL COVER SHEET;** during the period between 11/2/2018 and 11/4/2018 and have been unable to effect service as described in the attempts listed below:

11/2/2018 10:58 AM   16455 Bonnie Ln, Reno, NV 89511-9063
                     ATTEMPT :  No answer at door, Lights on inside

11/2/2018 7:14 PM     16455 Bonnie Ln, Reno, NV 89511-9063
                     ATTEMPT :  No answer at door. No noise or movement detected inside. Only one vehicle seen on property covered by a tarp.

11/3/2018 3:25 PM     16455 Bonnie Ln, Reno, NV 89511-9063
                     ATTEMPT :  No answer at door. Chevy Trailblazer NV # LT39648, along with two more covered vehicles now on property . Server believes he heard movement (footsteps ) in house after first of two times ringing doorbell , which was audible from outside front door .

Affiant further attempted normal and routine checks of telephone directories for communities nearby the last known address, criss-cross directories, local county assessor, vehicle registration, voter registration records, Post Office forwarding orders and internet/social media searches.

Affiant, on the basis of the above information, has been unable to locate the present physical address for and effectute service of said documents to subject Kenneth Cannata.

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

No notary is required per NRS 53.045

JENLEE KNIGHT PARKER
Registration R-2018-000296 - WASHOE
Reno Carson Messenger Service, Inc
185 Martin St.
Reno, NV 89509
www.renocarson.com



Order#: R52626/NVATTEMPTS