MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>KENNETH CANNATA,<br><br>    Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BRIEFING ON MOTION TO DISMISS**<br><br>(First Request) |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff HP Tuners, LLC, through its attorneys, Andrew P. Bleiman, Esq., MARKS & KLEIN, and Cecilia Lee, Esq. and Elizabeth High, Esq., LEE HIGH, LTD., and Defendant Kenneth Cannata, through his attorney, Bart Larsen, Esq., KOLESAR & LEATHAM, to extend the briefing deadlines relating to the Motion to Dismiss, which was filed on November 26, 2018. ECF No. 10. Pursuant to LR 7-2, the current response deadline is December 10, 2018, and the reply deadline is December 17, 2018.

The parties hereby agree that Plaintiff HP Tuners, LLC shall have until January 7, 2019, to file its response to the Motion to Dismiss. Plaintiff HP Tuners, LLC requests the additional time to respond to the Motion to Dismiss for good cause because during December 2018, counsel for Plaintiff has several other case-related deadlines, and, additionally, will be attending a work conference out of the office. This is the parties' first request for an extension of time.

The parties further hereby stipulate that Defendant Kenneth Cannata shall have until January 21, 2019, to file his reply in support of his Motion Dismiss. The parties finally stipulate that the discovery plan/scheduling order shall be due by February 1, 2019.

For the above reasons, the parties respectfully request that this Court approve the Stipulation.

DATED this 5th day of December, 2018.

| | |
|---|---|
| LEE HIGH, LTD. | KOLESAR & LEATHAM |
| /s/ Elizabeth High, Esq. | /s/ Bart Larsen, Esq. |
| CECILIA LEE, ESQ. | BART LARSEN, ESQ. |
| ELIZABETH HIGH, ESQ. | Attorney for Defendant Kenneth Cannata |

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC

IT IS SO ORDERED.

_____
HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

DATED: _____