# EXHIBIT 1

to <u>Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Consolidated Memorandum in Support</u>

## Declaration of Chris Piastri in Further Support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction Against Defendant

## <u>FILED UNDER SEAL</u>