COPY

*FILED  ___ RECEIVED*
*___ ENTERED  ___ SERVED ON*
*COUNSEL/PARTIES OF RECORD*

APR 25 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HP TUNERS, LLC,   )
       Plaintiff,   )
       )
v.   )   Case #: 3:18-cv-0527-LRH-WGC
       )
KENNETH CANNATA,   )
       Defendant.   )
       )

## CERTIFICATE OF CASH DEPOSIT

1. I, **Elizabeth High, Esq.**, herewith tender to the Clerk
(Name of Depositor)
of Court for deposit into the Registry Account of this Court cash in the amount of
$ **5,000.00**.

2. This Cash Deposit:

   A. Is tendered on behalf of: **HP Tuners, LLC**;
                                    (Name of Party)
   B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support
of Temporary Restraining Order, etc.) : **Bond in Support of Temporary Restraining Order**

   C. Is tendered pursuant to the following Court Order (Order must be attached
as required by Fed. R. Civ. P. 67(a) and LR 67-1(a)(4) and (b).) : **Order, Docket No. 25, filed on April 24, 2019 in the above-entitled matter**

   D. Is conditioned as follows: **Fed. R. Civ. P. 65 "requires that HPT posts security in an amount the Court deems proper to protect Cannata if it is later determined that an injunction should not have been issued." Order, Docket No. 25, p. 5.**

. . .

Rev. 5/1/2016

Paid Amt $500.00  Date 4/25/2019
MRN 0-4547  Initials (illegible)

1  . . .

2

3       3.    The name and address of the Legal Owner of the cash tendered

4  herewith to whom a refund (if applicable) shall be made is:

5           Lee High, Ltd.

6           448 Ridge Street

7           Reno, NV 89501

8

9  State of Nevada            )                    Dated: 04/25/2019
                              ) ss.
10 County of Washoe           )                    _Elizabeth High, Esq._
                                                         Signature of Depositor

11 On April 25, 2019
   personally appeared before me, a
12 Notary Public,

13
                                                   SANDRA RAMOS
   Elizabeth High, Esq.                            Notary Public - State of Nevada
14     (Name of Depositor)                         Appointment Recorded in Washoe County
   who acknowledged that (s)he                     No: 96-4719-2 · Expires September 21, 2020
15 executed the above instrument.

16

17  _____
         NOTARY PUBLIC                             Dated: _____
18

19                                                 _____
                                                   Signature of Attorney for
20                                                 Party or Party Appearing
                                                   Pro Se  (If different from
                                                   Depositor)
21

22 RECEIPT:

23 Cash as identified herein is
   hereby acknowledged as being
24 received this date.

25 Dated: 4/25/2019

26 CLERK, U.S. DISTRICT COURT

27 By: _____
        Deputy Clerk
28                                         2                              Rev. 5/1/2016