MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH CANNATA,<br><br>Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**NOTICE OF DEPOSITION OF KENNETH CANNATA**<br><br>Date of Deposition: July 10, 2019<br>Time of Deposition: 9:30 a.m. |
|---|---|

**TO: ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL**

Pursuant to Fed. R. Civ. P. 30 and 45, Plaintiff HP Tuners, LLC, by and through its attorneys, Andrew P. Bleiman, Esq., Marks & Klein, and Cecilia Lee, Esq. and Elizabeth High, Esq., LEE HIGH, LTD. as local counsel, will take the deposition of Kenneth Cannata on July 10, 2019, at 9:30 a.m. at Kolesar & Leatham, 400 S. Rampart Blvd., Suite 400, Las Vegas, NV 89145, upon oral examination, pursuant to Fed. R. Civ. P. 30 and 45, before a Notary Public or before some other officer authorized by law to administer oaths.

1    Notice is further given that unless the parties agree or the Court orders otherwise, the
2    examination will be recorded by stenographic and video means pursuant to Fed. R. Civ. P. 45. In
3    the event the examination is recorded by means other than written transcription, at the time of
4    introduction and/or filing of such recording, a written transcription of the examination shall be
5    presented to the Court.

6    Oral examination will continue from day-to-day until completed.

7    DATED this 19th day of June, 2019.

8    LEE HIGH, LTD.

9    /s/ Elizabeth High, Esq.
     CECILIA LEE, ESQ.
10   ELIZABETH HIGH, ESQ.

11   MARKS & KLEIN

12   /s/ Andrew P. Bleiman, Esq.
13   ANDREW P. BLEIMAN, ESQ.

14   Attorneys for Plaintiff HP Tuners, LLC

LEE HIGH, LTD.
448 Ridge Street
Reno, NV 89501
(775) 324-1011

CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of LEE HIGH, LTD., 448 Ridge Street, Reno, Nevada 89501, and that on June 19, 2019, I served copies of the <u>NOTICE OF DEPOSITION OF KENNETH CANNATA</u> via the Court's Notice of Electronic Filing to all those persons listed on the United States District Court CM/ECF Confirmation Sheet.

DATED this 19th day of June, 2019.

<u>/s/ Elizabeth Dendary, CP</u>
ELIZABETH DENDARY, CP
Certified Paralegal