MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>KENNETH CANNATA,<br><br>  Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**NOTICE OF SUBPOENA TO CUSTODIAN OF RECORDS, YAHOO! INC. (RECORDS ONLY)** |

**TO: ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL**

PLEASE TAKE NOTICE that Plaintiff HP Tuners, LLC has requested production of documents and records from Custodian of Records, Yahoo! Inc., pursuant to the Subpoena to Produce Documents, Information, or Objects attached hereto as Exhibit A.

///

///

///

1   Custodian of Records, Yahoo! Inc., shall produce the records requested to Lee High, Ltd.
2  by July 3, 2019 by 10:00 a.m., prevailing pacific time.
3   DATED this 19th day of June, 2019.

Lee High, Ltd.

/s/ Elizabeth High, Esq.
CECILIA LEE, ESQ.
ELIZABETH HIGH, ESQ.

Marks & Klein

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.

Attorneys for Plaintiff HP Tuners, LLC

## INDEX OF EXHIBITS

| Exhibit | Description | Number of Pages |
|---|---|---|
| A | Subpoena to Produce Documents, Information or Objects to Custodian of Records, Yahoo! Inc. | 6 pages |

3

Lee High, Ltd.
448 Ridge Street
Reno, NV 89501
(775) 324-1011

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of LEE HIGH, LTD., 448 Ridge Street, Reno, Nevada 89501, and that on June 19, 2019, I served copies of the NOTICE OF SUBPOENA TO CUSTODIAN OF RECORDS, YAHOO! INC. (RECORDS ONLY) via the Court's Notice of Electronic Filing to all those persons listed on the United States District Court CM/ECF Confirmation Sheet.

DATED this 19th day of June, 2019.

/s/ Elizabeth Dendary, CP
ELIZABETH DENDARY, CP
Certified Paralegal