MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>    vs.<br><br>KENNETH CANNATA,<br><br>                    Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>**(Second Request)** |

Pursuant to Fed. R. Civ. P. 16, and for the reasons enumerated in the accompanying Memorandum of Law in Support, Plaintiff HP Tuners, LLC ("HP Tuners" or "Plaintiff") and Defendant Kenneth Cannata ("Cannata" or "Defendant") (together, the "parties"), by and through their respective counsel, hereby jointly move to modify the Court's Scheduling Order dated July 22, 2019 (Dkt. 42). This is the second motion to extend time to take discovery.

The parties propose an amended schedule extending the remaining deadlines by approximately three (3) months, thereby providing for the following deadlines:

| | | |
|---|---|---|
| • | March 31, 2020 | Discovery End Date |
| • | February 7, 2020 | Expert Disclosures |
| • | March 6, 2020 | Rebuttal Expert Disclosures |
| • | December 2, 2019 | Deadline to Amend Pleadings and Add Parties |
| • | May 8, 2020 | Deadline to File Dispositive Motions |
| • | June 5, 2020 | Deadline to File Pretrial Order |

A Memorandum of Law follows detailing the specific modifications requested and the arguments in support of this motion.

DATED this 24th day of September, 2019.

LEE HIGH, LTD.

/s/ Cecilia Lee, Esq.
CECILIA LEE, ESQ.
ELIZABETH HIGH, ESQ.

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC

KOLESAR & LEATHAM

/s/ Bart Larsen, Esq.
BART LARSEN, ESQ.
Attorney for Defendant, Kenneth Cannata

# MEMORANDUM IN SUPPORT OF
# JOINT MOTION TO MODIFY SCHEDULING ORDER

On July 22, 2019, this Court entered a scheduling order (the "Scheduling Order") setting forth a number of deadlines, which include:

- December 31, 2019   Discovery End Date
- November 4, 2019   Expert Disclosures
- December 3, 2019   Rebuttal Expert Disclosures
- October 2, 2019   Deadline to Amend Pleadings and Add Parties
- February 3, 2020   Deadline to File Dispositive Motions
- March 2, 2020   Deadline to File Pretrial Order

Docket No. 42.

The parties seek an amended scheduling order extending the remaining deadlines by approximately three (3) months, resulting in the following deadlines:

- March 31, 2020   Discovery End Date
- February 7, 2020   Expert Disclosures
- March 6, 2020   Rebuttal Expert Disclosures
- December 2, 2019   Deadline to Amend Pleadings and Add Parties
- May 8, 2020   Deadline to File Dispositive Motions
- June 5, 2020   Deadline to File Pretrial Order

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, a scheduling order may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); see also Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment) (The district court may modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension.").

Here, good cause exists. On August 15, 2019, the Court denied Defendant's motion to dismiss. The parties have conferred and jointly determined that the deadlines set forth in the current Scheduling Order cannot reasonably be met due to the significant discovery demands involved in this litigation. The parties are currently engaged in extensive discovery, including considerable third-party discovery, and compliance with the current Scheduling Order will impede the parties' abilities to pursue discovery and conduct a thorough investigation into the relevant

1  facts of the case.

2  Accordingly, the parties respectfully request the Court grant this Joint Motion to Modify
3  Scheduling Order, and extend the outstanding deadlines by approximately three (3) months in
4  accordance with the proposed dates set forth herein.  At this time, the parties do not anticipate that
5  further extensions of the schedule will be necessary.

6  DATED this 24th day of September, 2019.

7  LEE HIGH, LTD.                                KOLESAR & LEATHAM

8  /s/ Cecilia Lee, Esq.                         /s/ Bart Larsen, Esq.
   CECILIA LEE, ESQ.                             BART LARSEN, ESQ.
9  ELIZABETH HIGH, ESQ.                          Attorney for Defendant, Kenneth Cannata

10 MARKS & KLEIN

11
   /s/ Andrew P. Bleiman, Esq.
12 ANDREW P. BLEIMAN, ESQ.
   Attorneys for Plaintiff HP Tuners, LLC
13

14

15

16

17  IT IS SO ORDERED.

18

19  _____
    HONORABLE WILLIAM G. COBB
20  UNITED STATES MAGISTRATE JUDGE

21  DATED:    September 26, 2019.

22

23

24

25

26

27