MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH CANNATA,<br><br>　　　　　　Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**NOTICE OF SUBPOENA TO BRIAN MOORE, AMPEL, INC.**<br>**(RECORDS ONLY)** |

**TO: ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL**

　　PLEASE TAKE NOTICE that Plaintiff HP Tuners, LLC has requested production of documents and records from Brian Moore, Ampel, Inc., pursuant to the Subpoena to Produce Documents, Information, or Objects attached hereto as Exhibit A.

///

///

///

Brian Moore, Ampel, Inc., shall produce the records requested to LEE HIGH, LTD. by January 3, 2020 by 10:00 a.m., prevailing pacific time.

DATED this 13th day of December, 2019.

LEE HIGH, LTD.

/s/ Elizabeth High, Esq.
CECILIA LEE, ESQ.
ELIZABETH HIGH, ESQ.

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.

Attorneys for Plaintiff HP Tuners, LLC

**INDEX OF EXHIBITS**

| Exhibit | Description | Number of Pages |
|---|---|---|
| A | Subpoena to Produce Documents, Information or Objects to Brian Moore, Ampel, Inc. | 4 pages |

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of LEE HIGH, LTD., 448 Ridge Street, Reno, Nevada 89501, and that on December 13, 2019, I served copies of the <u>NOTICE OF SUBPOENA TO BRIAN MOORE, AMPEL, INC. (RECORDS ONLY)</u> via the Court's Notice of Electronic Filing to all those persons listed on the United States District Court CM/ECF Confirmation Sheet.

DATED this 13th day of December, 2019.

/s/ Elizabeth Dendary, CP  
ELIZABETH DENDARY, CP  
Certified Paralegal