MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone:  775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| HP TUNERS, LLC, a Nevada limited liability company, | Case No. 3:18-cv-00527-LRH-WGC |
|---|---|
| Plaintiff, | **NOTICE OF SUBPOENA TO KEVIN SYKES-BONNETT (RECORDS ONLY)** |
| vs. | |
| KENNETH CANNATA, | |
| Defendant. | |

**TO:  ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL**

PLEASE TAKE NOTICE that Plaintiff HP Tuners, LLC has requested production of documents and records from Kevin Sykes-Bonnett pursuant to the Subpoena to Produce Documents, Information, or Objects attached hereto as Exhibit A.

///

///

///

1   Kevin Sykes-Bonnett shall produce the records requested to LEE HIGH, LTD. by February
2   11, 2020, by 10:00 a.m., prevailing pacific time.
3   DATED this 14th day of January, 2020.

LEE HIGH, LTD.

/s/ Elizabeth High, Esq.
CECILIA LEE, ESQ.
ELIZABETH HIGH, ESQ.

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.

Attorneys for Plaintiff HP Tuners, LLC

LEE HIGH, LTD.
448 Ridge Street
Reno, NV 89501
(775) 324-1011

## INDEX OF EXHIBITS

| Exhibit | Description | Number of Pages |
|---|---|---|
| A | Subpoena to Produce Documents, Information or Objects to Kevin Sykes-Bonnett | 6 pages |

CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of LEE HIGH, LTD., 448 Ridge Street, Reno, Nevada 89501, and that on January 14, 2020, I served copies of the <u>NOTICE OF SUBPOENA TO KEVIN SYKES-BONNETT (RECORDS ONLY)</u> via the Court's Notice of Electronic Filing to all those persons listed on the United States District Court CM/ECF Confirmation Sheet.

DATED this 14th day of January, 2020.

/s/ Elizabeth Dendary, CP
ELIZABETH DENDARY, CP
Certified Paralegal