MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH CANNATA,<br><br>Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**PLAINTIFF'S RESPONSE TO MOTION TO WITHDRAW AND MOTION TO MODIFY SCHEDULING ORDER** |

Plaintiffs HP TUNERS, LLC, a Nevada limited liability company ("HPT" or "Plaintiff"), for its response to Motion to Withdraw and Motion to Modify Scheduling Order states as follows:

1. On January 9, 2020, Defendant's counsel filed their motion to withdraw as counsel for Defendant.

2. Plaintiff does not object to Defendant's counsel's request to withdraw as attorneys for Defendant in this case.

3. However, as detailed in Plaintiff's Motion to Compel and Reply Brief submitted in

further support of Motion to Compel (Dkt. 49 and Dkt. 53 ("Motion to Compel")), Defendant's discovery misconduct and the delay which will be attributable to the contemplated withdrawal of Defendant's counsel necessitates the modification of the Scheduling Order entered in this case, particularly the deadline for Plaintiff to complete fact discovery and for Plaintiff to disclose its experts.

4. To date, Plaintiff has not obtained compliance with Defendant's discovery answers, responses and production and virtually no documents and information have been produced in this case. Consequently, Plaintiff has been unable to obtain fact discovery, take Defendant's deposition or engage experts.

5. Moreover, as detailed in Plaintiff's Motion, Defendant's conduct herein has impeded and interfered with Plaintiff's ability to meet the deadlines set forth therein.

6. Consequently, the deadlines for Plaintiff to complete fact discovery and to disclose its experts should be extended in this case.

WHEREFORE, HP TUNERS, LLC, respectfully prays for an Order extending the deadlines for Plaintiff's completion of fact discovery and the disclosure of Plaintiff's expert and/or enter such other and further relief as deemed necessary and appropriate.

DATED this 21st day of January, 2020.

LEE HIGH, LTD.

/s/ Elizabeth High, Esq.
CECILIA LEE, ESQ.
ELIZABETH HIGH, ESQ.

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC

CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of LEE HIGH, LTD., 448 Ridge Street, Reno, Nevada 89501, and that on January 21, 2019, I served copies of the <u>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO WITHDRAW AND MOTION TO MODIFY SCHEDULING ORDER</u> via the Court's Notice of Electronic Filing to all those persons listed on the United States District Court CM/ECF Confirmation Sheet.

DATED this 21st day of January, 2020.

<u>/s/ Elizabeth Dendary, CP</u>
ELIZABETH DENDARY, CP
Certified Paralegal