# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| HP TUNERS, LLC, | ) | 3:18-cv-00527-LRH-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 21, 2020 |
| KENNETH CANNATA, | ) | |
| Defendant. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's Motion for Order Compelling Defendant's Discovery Responses, Deposition, and Forensic Examination of Electronically Stored Information (ECF No. 49) and Defendant's counsel's Motion to Withdraw (ECF No. 54).

**IT IS HEREBY ORDERED** that the Courtroom Administrator shall calendar a hearing on the above motions (ECF Nos. 49, 54) as soon as the court's calendar will accommodate it.

**IT IS FURTHER ORDERED** that the deadlines set forth in the Amended Scheduling Order (ECF No. 47) are **STAYED** to be re-set by the court at its hearing on the pending motions.

DEBRA K. KEMPI, CLERK

By: ____/s/_____
Deputy Clerk