**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HP TUNERS, LLC, | ) | 3:18-cv-00527-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | February 25, 2020 |
| KENNETH CANNATA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KAREN WALKER</u>   REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is the motion of the Law Firm of Kolesar & Leatham and Bart K. Larsen, Esq., to withdraw as counsel for Defendant Cannata (ECF No. 54).  On January 21, 2020, Plaintiff filed its response (ECF No. 60).  As of the date of this order, no opposition or response has been filed by Defendant Cannata.

Good cause appearing, Defendant's counsel's motion (ECF No. 54) is **GRANTED.** Henceforth, all documents required by the Federal Rules of Civil Procedure to be served on Defendant Kenneth Cannata shall be sent to the address set forth in the motion:

> Kenneth Cannta
> 16455 Bonnie Lane
> Reno, Nevada 89511

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
           Deputy Clerk