UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HP TUNERS, LLC,

    Plaintiff

v.

KENNETH CANNATA,

    Defendant

Case No.: 3:18-cv-00527-LRH-WGC

**Order**

Re: ECF No. 66

    The court held a hearing on February 25, 2020, on Plaintiff HP Tuners, LLC's motion to compel (ECF No. 49). After hearing argument from the parties, the court announced that the motion would be granted in part and denied it in part, and ordered Plaintiff's counsel to prepare a proposed order and to have counsel for defendant Cannata, Mr. Larsen, review it in advance of submission to the court. (*See* Minutes at ECF No. 64.) Plaintiff's counsel timely submitted the proposed order. (ECF No. 65.) Given the parameters of the court's order that the proposed order be given to defense counsel to review prior to submission, the court assumed that the parties had agreed to the language in the proposed order submitted by Plaintiff's counsel, and entered the order the following day. (ECF No. 66.) That same day, defense counsel submitted a redline version of a competing proposed order. (*See* ECF Nos. 68, 68-1.)

    The court's order entered at ECF No. 66 is hereby **WITHDRAWN.** Within **FOURTEEN DAYS** the parties shall participate in a meaningful meet and confer and submit a mutually agreeable proposed order, *or* advise the court that following the meaningful meet and confer they have been unable to reach an agreement to the proposed order and submit a statement with their

respective positions. If the parties are unable to reach an agreement, the court will set this matter for a hearing, if necessary.

**IT IS SO ORDERED**.

Dated: March 6, 2020

                                                  William G. Cobb
                                                United States Magistrate Judge