Bart K. Larsen, Esq.
Nevada Bar No. 8538
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: blarsen@shea.law

*Attorneys for Defendant
Kenneth Cannata*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HP TUNERS, LLC, | Case No. 3:18-cv-00527-LRH-WGC |
| Plaintiff, | |
| vs. | |
| KENNETH CANNATA, | |
| Defendant. | |

### APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record

I am admitted and authorized to practice before this Court, and I appear in this case as counsel for Defendant Kenneth Cannata.

Dated this 12th day of March 2020.

SHEA LARSEN

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for Defendant Kenneth Cannata*

- 1 -

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on March 12, 2020, I served a copy of the foregoing NOTICE OF APPEARANCE via the Court's Notice of Electronic Filing to all persons listed on the United States District Court CM/ECF Confirmation Sheet.

By: /s/ *Bart K. Larsen, Esq.*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432