UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HP TURNERS, LLC,                )<br>                                            )<br>                    Plaintiff,        )<br>vs.                                        )<br>                                            )<br>KENNETH CANNATA,             )<br>                                            )<br>                    Defendant(s).   )<br>                                            )<br>_____) | CASE NO.  3:18-cv-00527-LRH-WGC<br><br><br>MINUTES OF PROCEEDINGS<br><br><br>DATED:  April 2, 2020 |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  Karen Walker    REPORTER:  Liberty Court Recorder

COUNSEL FOR PLAINTIFF(S):    Andrew P. Bleiman, Esq. and Elizabeth A. High, Esq.

COUNSEL FOR DEFENDANT(S):  Bart K. Larsen, Esq.

**MINUTES OF PROCEEDINGS:   TELEPHONIC STATUS CONFERENCE**

11:00 a.m. Court convenes.

The court holds today's status conference to discuss the parties' meet and confer pursuant to the court's Order (ECF No. 69) regarding the proposed order on the Motion to Compel (ECF No. 49).

Mr. Bleiman advises the court that the parties did meet and confer on March 10, 2020, and have reached a general agreement on the terms but there were several issues Mr. Larsen wanted to discuss with his client prior to the submission of the proposed order.

Mr. Larsen states that his client had a medical emergency on March 3, 2020, and had been placed into ICU for three weeks.  Mr. Cannata's condition has improved but, due to

MINUTES OF PROCEEDINGS - 1

community-wide and hospital concerns regarding COVID-19, Mr. Cannata has been released home with full-time nursing care.  Mr. Larsen advises Mr. Cannata is not able to speak and will not be able to participate in discovery for some time, if at all.  Mr. Larsen states that Mrs. Cannata will be responsible for the litigation on her husband's behalf but does not have the knowledge regarding the computer passwords, devices to be produce, etc. for a forensic examination at this time.

The court suggests that the discovery be stay for ninety (90) days and the deadlines set in the Minutes of Proceedings (ECF No. 64) be vacated.

Mr. Bleiman will defer to the court's suggestion and requests a telephonic status conference in thirty (30) to forty-five (45) days.  Mr. Larsen has no objection.

IT IS ORDERED that discovery is stayed ninety (90) days and the deadlines outlined in the Minutes of Proceedings (ECF No. 64) are hereby **vacated** to be addressed at a later date.

IT IS FURTHER ORDERED that a telephonic status conference is scheduled for **Wednesday, May 13, 2020 at 10:00 a.m.**  Counsel is directed to submit an interim status report on or before **Monday, May 11, 2020**.

Counsel shall dial **1-888-557-8511**, enter the access code **3599743**, and enter the security code **51320**, approximately five (5) minutes prior to the hearing.

There being no additional matters to address at this time, court adjourns at 11:16 a.m.

DEBRA K. KEMPI, CLERK OF COURT


By: _____/s/_____
                Karen Walker, Deputy Clerk

MINUTES OF PROCEEDINGS - 2