Bart K. Larsen, Esq.
Nevada Bar No. 8538
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: blarsen@shea.law

*Attorneys for Defendant
Kenneth Cannata*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HP TUNERS, LLC, | Case No. 3:18-cv-00527-LRH-WGC |
| Plaintiff, | |
| vs. | |
| KENNETH CANNATA, | |
| Defendant. | |

## INTERIM STATUS REPORT

Defendant Kenneth Cannata, by and through his undersigned legal counsel, submits this Interim Status Report pursuant to this Court's Minutes of Proceedings [ECF No. 72] entered on April 2, 2020.

Mr. Cannata's condition is somewhat improved since the telephonic status hearing that occurred on April 2, 2020 and is expected to continue to improve over the next few months. However, Mr. Cannata's mobility and communication abilities remain impaired. Additionally, Mr. Cannata remains extremely vulnerable to relapse and to additional complications and infections. In light of the ongoing Covid-19 pandemic, Mr. Cannata is unable to travel outside of his home or personally interact with individuals outside of his immediate family except as necessary for medical treatment. Given Mr. Cannata's current condition and rate of improvement, it is unlikely that he will

1  be able to meaningfully participate in discovery in this action before August 1, 2020.

2  Dated this 11th day of May 2020.

3  SHEA LARSEN

4  /s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
5  Nevada Bar No. 8538
1731 Village Center Circle, Suite 150
6  Las Vegas, Nevada 89134

7  *Attorneys for Defendant Kenneth Cannata*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the law firm of Shea Larsen, and on May 11, 2020 I served a copy of the foregoing INTERIM STATUS REPORT via the Court's Notice of Electronic Filing to all persons listed on the United States District Court CM/ECF Confirmation Sheet.

By: /s/ *Bart K. Larsen, Esq.*