UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

HP TURNERS, LLC,  )
                 )  CASE NO. 3:18-cv-00527-LRH-WGC
       Plaintiff, )
vs.              )
                 )
                 )  MINUTES OF PROCEEDINGS
KENNETH CANNATA, )
                 )
       Defendant(s). )
                 )  DATED: May 13, 2020
_____)

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: Karen Walker     REPORTER: Liberty Court Recorder

COUNSEL FOR PLAINTIFF(S):   Andrew P. Bleiman, Esq. and Elizabeth A. High, Esq.

COUNSEL FOR DEFENDANT(S):  Bart K. Larsen, Esq.

**MINUTES OF PROCEEDINGS:   TELEPHONIC STATUS CONFERENCE**

10:03 a.m. Court convenes.

The court holds today's status conference to discuss Mr. Cannata's medical condition and whether the stay of discovery can be lifted.

The court notes that an Interim Status Report (ECF No. 73) regarding Mr. Cannata's medical condition was filed and received by the court. Mr. Larsen advises that Mr. Cannata's condition is slowly improving but he is not yet in a position to participate in discovery at this time. Mr. Bleiman agrees that it appears discovery cannot be conducted at this time but would request that Mr. Larsen provide updates every thirty (30) to forty (40) days regarding

Mr. Cannata's condition.  Mr. Larsen suggests that a status conference be schedule in June, 2020 and an updated status report be filed prior to the conference.  Mr. Bleiman has no objection.

The court notes that on April 2, 2020 the discovery was stayed for ninety (90) days but did not provide a specific date.  The ninety (90) day stay of discovery calculates to July 2, 2020.

IT IS ORDERED that a telephonic status conference is scheduled for **Wednesday, June 24, 2020 at 10:00 a.m.**  Mr. Larsen is directed to submit an interim status report on or before **Monday, June 22, 2020**.

Counsel shall dial **1-888-557-8511**, enter the access code **3599743**, and enter the security code **62420**, approximately five (5) minutes prior to the hearing.

Mr. Larsen is directed to update Plaintiff's counsel should anything develop with Mr. Cannata's medical condition prior to the June 24, 2020 status conference.

There being no additional matters to address at this time, court adjourns at 10:08 a.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Karen Walker, Deputy Clerk