1  Bart K. Larsen, Esq.
   Nevada Bar No. 8538
2  **SHEA LARSEN**
   1731 Village Center Circle, Suite 150
3  Las Vegas, Nevada 89134
   Telephone: (702) 471-7432
4  Fax: (702) 926-9683
   Email: blarsen@shea.law
5
6  *Attorneys for Defendant*
   *Kenneth Cannata*
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10                          ***

11  HP TUNERS, LLC,                    Case No. 3:18-cv-00527-LRH-WGC

12                Plaintiff,

13        vs.

14  KENNETH CANNATA,

15                Defendant.

16

17              **INTERIM STATUS REPORT**

Defendant Kenneth Cannata, by and through his undersigned legal counsel, submits this Interim Status Report pursuant to this Court's Minutes of Proceedings [ECF No. 74] entered on May 13, 2020.

Mr. Cannata's condition has continued to improve since the last telephonic status hearing that occurred on May 13, 2020 and is expected to continue improving over the next few months. Mr. Cannata's mobility and communication abilities remain impaired but are improving. Notwithstanding this improvement, Mr. Cannata remains extremely vulnerable to relapse and to additional complications and infections. Also, due to the ongoing Covid-19 pandemic, Mr. Cannata is still unable to travel outside of his home or personally interact with individuals outside of his immediate family except as necessary for medical treatment. It is anticipated that Mr. Cannata will

1  be able to participate in at least some discovery activities after August 1, 2020.  However, it is likely
2  that Mr. Cannata will be unable to travel for nonmedical purposes for several additional months.
3      Dated this 22nd day of June 2020.

SHEA LARSEN

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for Defendant Kenneth Cannata*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the law firm of Shea Larsen, and on June 22, 2020 I served a copy of the foregoing INTERIM STATUS REPORT via the Court's Notice of Electronic Filing to all persons listed on the United States District Court CM/ECF Confirmation Sheet.

By: /s/ *Bart K. Larsen, Esq.*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432