UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HP TURNERS, LLC, | ) | |
| | ) | CASE NO. 3:18-cv-00527-LRH-WGC |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| | ) | MINUTES OF PROCEEDINGS |
| KENNETH CANNATA, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | DATED: June 24, 2020 |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: Karen Walker    REPORTER: Liberty Court Recorder

COUNSEL FOR PLAINTIFF(S):    Andrew P. Bleiman, Esq.

COUNSEL FOR DEFENDANT(S):  Bart K. Larsen, Esq.

**MINUTES OF PROCEEDINGS:    TELEPHONIC STATUS CONFERENCE**

10:01 a.m. Court convenes.

The court holds today's status conference to discuss Mr. Cannata's medical condition and whether the stay of discovery can be lifted.

The court notes that a Status Report (ECF No. 75) regarding Mr. Cannata's medical condition was filed and received by the court on June 22, 2020.

Mr. Larsen states that the parties have not had recent discussions regarding Mr. Cannata's health and/or what discovery can be conducted while Mr. Cannata is recovering.  Mr. Larsen requests that the stay of discovery be extended from July 2, 2020 to August 1, 2020.

Mr. Cannata's health is improving, and it is anticipated he will be able to participate in some discovery after August 1, 2020.

Mr. Bleiman's states his concern with extending the stay of discovery. Mr. Bleiman advises the court that although the order regarding the Motion to Compel (ECF No. 49) has not been finalized, the court ordered a forensic examination of Mr. Cannata devises.  Mr. Bleiman suggests that while Mr. Cannata is recuperating, Mr. Cannata can produce the devises for the forensic examination to be conducted and any request for production and deposition can be conducted after August 1, 2020.

Mr. Larsen advises that the parties were in the process of finalizing the order regarding the Motion to Compel (ECF No. 49) when Mr. Cannata had his health incident.  The parties state to the court that an agreed upon order regarding the Motion to Compel (ECF No. 49) will be submitted to the court.

IT IS ORDERED that the stay of discovery is extended to **Friday, August 7, 2020**.

IT IS FURTHER ORDERED that a telephonic status conference is scheduled for **Thursday, July 30, 2020 at 11:00 a.m.**  Mr. Larsen is directed to submit an interim status report on or before **Wednesday, July 29, 2020**.

Counsel shall dial **1-888-557-8511**, enter the access code **3599743**, and enter the security code **73020**, approximately five (5) minutes prior to the hearing. The use of speaker phones and cell phones are prohibited.

There being no additional matters to address at this time, court adjourns at 10:15 a.m.

DEBRA K. KEMPI, CLERK OF COURT


By: _____/s/_____
     Karen Walker, Deputy Clerk

MINUTES OF PROCEEDINGS - 2