**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HP TUNERS, LLC, ) | |
| ) | CASE NO.  3:18-cv-00527-LRH-WGC |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ) | MINUTES OF PROCEEDINGS |
| KENNETH CNNATA, ) | |
| ) | |
| Defendant(s). ) | |
| ) | DATED: August 11, 2020 |
| ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):     Andrew Bleiman, Esq.

COUNSEL FOR DEFENDANT(S):  Bart Larsen, Esq.

**MINUTES OF PROCEEDINGS:   TELEPHONIC DISCOVERY HEARING**

9:05 a.m. Court convenes.

The court hold today's hearing to discuss Mr. Cannata's medical status and set discovery deadlines.

Mr. Larsen advises Mr. Cannata's medical condition continues to improve.  Mr. Cannata is not able to travel but can participate in discovery and can produce the requested devices for forensic examination by Plaintiff's expert(s).

Mr. Larsen states that the revisions on the order regarding the Plaintiff's Motion to Compel (ECF No. 49) will be reviewed with Mr. Cannata.  Mr. Larsen will contact Mr. Bleiman regarding finalization of the order within the next week.

1

The court discusses setting discovery deadlines with the parties. Mr. Bleiman requests a short window of time be added to allow Mr. Cannata to provide the devices and passwords for Plaintiff's expert's examination. Mr. Bleiman further suggests that the parties submit a proposed scheduling order once he has had an opportunity to speak with his experts to determine a time frame for the forensic examination. After hearing from the parties, the court sets the following discovery deadlines:

| | |
|---|---|
| Discovery Cut-off: | **January 29, 2021** |
| Initial Expert Disclosure: | **November 20, 2020** |
| Rebuttal Expert Disclosure: | **December 18, 2020** |
| Dispositive Motions: | **February 26, 2021** |
| Joint Pre-trial Order: | **March 26, 2021**. |

In the event dispositive motions are filed, the deadline for filing the proposed joint pretrial order will be suspended until thirty (30) days after decision on the dispositive motions or further court order.

The court states that since the parties do not anticipate amending the pleadings or adding parties, a deadline will not be provided for such events.

The parties are directed to finalize and file the proposed order on the Plaintiff's Motion to Compel (ECF No. 49) by **Wednesday, August 19, 2020**.

There being no additional matters to address at this time, court adjourns at 9:17 a.m.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
      Deputy Clerk