Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: blarsen@shea.law
          kwyant@shea.law

*Attorneys for Defendant*
*KENNETH CANNATA*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company;<br><br>                Plaintiff,<br><br>  vs.<br><br>KENNETH CANNATA,<br><br>              Defendants. | CASE NO. 3:18-CV-00527-LRH-WGC<br><br>**ORDER GRANTING**<br>**JOINT MOTION TO MODIFY**<br>**SCHEDULING ORDER**<br>**(Third Request)** |

Pursuant to Fed. R. Civ. P. 16, and for the reasons enumerated in the accompanying Memorandum of Law in Support, Plaintiff HP Tuners, LLC ("HP Tuners" or "Plaintiff") and Defendant Kenneth Cannata ("Cannata" or "Defendant") (together, the "Parties"), by and through their respective counsel, hereby jointly move to modify the Court's Scheduling Order dated July September 26, 2019 [ECF No. 47] which were stayed and modified as set forth in this Court's Minutes of Proceeding dated August 11, 2020 [ECF No. 78].  This is the third motion to extend time to take discovery.

The Parties propose an amended schedule extending the rebuttal expert disclosure deadline by twenty-one (21) days and the remaining deadlines by approximately sixty (60) days, thereby providing for the following deadlines:

- March 31, 2021     Discovery Cutoff Deadline
- January 8, 2021     Rebuttal Expert Disclosures
- May 3, 2021     Dispositive Motion Deadline
- June 3, 2021     Joint Pre-trial Order Deadline

A Memorandum of Law follows detailing the specific modifications requested and the arguments in support of this Joint Motion.

DATED this 14th day of December 2020.

MARKS & KLEIN                 SHEA LARSEN

/s/ *Andrew P. Bleiman, Esq.*       /s/ *Bart Larsen, Esq.*
Andrew P. Bleiman, Esq.           Bart Larsen, Esq.
                                Kyle M. Wyant, Esq.

LEE HIGH, LTD.               *Attorneys for Defendant Kenneth Cannata*
Cecilia Lee, Esq.
Elizabeth High, Esq.

*Attorneys for Plaintiff HP Tuners, LLC*

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

## **MEMORANDUM IN SUPPORT OF**

## **JOINT MOTION TO MODIFY SCHEDULING ORDER**

On September 26, 2019, this Court entered a scheduling order (the "Scheduling Order") setting forth a number of deadlines, which include:

- March 31, 2020     Discovery Cut-off
- February 7, 2020     Expert Disclosures
- March 6, 2020     Rebuttal Expert Disclosures
- December 2, 2019     Deadline to Amend Pleadings and Add Parties
- May 8, 2020     Deadline to File Dispositive Motions
- June 5, 2020     Deadline to File Pretrial Order

[ECF No. 47].  Subsequently, the Court stayed these deadlines as a result of the pending motions and Plaintiff's request to modify the Scheduling Order [ECF No. 64].  The Court subsequently vacated the deadlines outlined in ECF No. 64 and stayed discovery ninety (90) days because of

health concerns of Cannata [ECF No. 72].  On August 11, 2020, the Court held a telephonic status

conference to discuss Cannata's health status and set the following discovery deadlines:

- January 29, 2021        Discovery Cut-off
- November 20, 2020     Expert Disclosures
- December 18, 2020     Rebuttal Expert Disclosures
- February 26, 2021       Deadline to File Dispositive Motions
- March 26, 2021          Deadline to File Pretrial Order

[ECF No. 78].

The parties seek an amended scheduling order to extend the rebuttal expert disclosure

deadline by twenty-one (21) days and the remaining deadlines by approximately sixty (60) days,

resulting in the following deadlines:

- March 31, 2021        Discovery Cutoff Deadline
- January 8, 2021        Rebuttal Expert Disclosures
- May 3, 2021            Dispositive Motion Deadline
- June 3, 2021           Joint Pre-trial Order Deadline

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, a scheduling order may

be modified "for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4); *see also* Fed.

R. Civ. P. 16 advisory committee's notes (1983 amendment) (The district court may modify the

pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the

extension.").

Here, good cause exists.  COVID-19 and its impact on availability of parties and nonparties

alike has resulted in this Court staying discovery for periods of ninety (90) days.  The Parties have

been working diligently to engage in discovery, but the current pandemic has made it difficult.

Moreover, with the holidays, the Parties feel it necessary to provide additional time to retained

rebuttal experts in order to properly address the expert reports disclosed in this matter.  The Parties

have conferred and jointly determined that the deadlines set forth in the current Scheduling Order

(which were subsequently stayed and amended) cannot reasonably be met due to the significant

discovery demands involved in this litigation.   The Parties are currently engaged in extensive

discovery, including considerable third-party discovery as well.  Additionally, the Parties have

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

- 3 -

1  been enlisting the services of outside vendors to comply with this Court's orders regarding forensic

2  examination of Defendant's devices.

3        Although the parties have been diligent in their efforts to comply with all deadlines, the

4  Parties respectfully request the Court grant this Joint Motion to Modify Scheduling Order, and

5  extend the rebuttal expert disclosure deadline by twenty-one (21) days and the remaining deadlines

6  by approximately sixty (60) days in accordance with the proposed dates set forth above.  At this

7  time, the Parties do not anticipate that further extensions of the schedule will be necessary.

8  DATED this 14th day of December 2020.

9  MARKS & KLEIN                                    SHEA LARSEN

10  /s/ *Andrew P. Bleiman, Esq.*                     /s/ *Bart Larsen, Esq.*
    Andrew P. Bleiman, Esq.                          Bart Larsen, Esq.
11                                                    Kyle M. Wyant, Esq.

12  LEE HIGH, LTD.                                    *Attorneys for Defendant Kenneth Cannata*
    Cecilia Lee, Esq.
13  Elizabeth High, Esq.

14  *Attorneys for Plaintiff HP Tuners, LLC*

15

16

17

18

19

20  **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

21  **IT IS SO ORDERED.**

22

23  *William G. Cobb*
    _____
24  HONORABLE WILLIAM G. COBB
    UNITED STATES MAGISTRATE JUDGE
25
    DATED: December 15, 2020

26

27

28

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432