MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH CANNATA,<br><br>Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF KENNETH CANNATA**<br><br>Date of Deposition: March 11, 2021<br>Time of Deposition: 9:30 a.m. |
|---|---|

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and stipulation between the parties, Plaintiff HP TUNERS, LLC, by and through its counsel, Andrew P. Bleiman, Esq., MARKS & KLEIN, and Elizabeth High, Esq., LEE HIGH, LTD., will take the videotaped deposition examination of **KENNETH CANNATA** on **March 11, 2021** at **9:30 a.m.** at the office of **Bonanza Reporting & Videoconference Center** located at **1111 Forest Street, Reno, Nevada 89509**, upon oral examination, pursuant to Fed. R. Civ. P. 28, before a Notary Public or before some other officer authorized by law to administer oaths.

Notice is further given that unless the parties agree or the Court orders otherwise, the examination will be recorded by audio/visual means pursuant to Fed. R. Civ. P. 30.  In the event the examination is recorded by means other than written transcription, at the time of introduction and/or filing of such recording, a written transcription of the examination shall be presented to the Court.

Oral examination will continue from day-to-day until completed.

DATED this 9th day of February, 2021.

LEE HIGH, LTD.

/s/ Elizabeth High, Esq.
CECILIA LEE, ESQ.
ELIZABETH HIGH, ESQ.

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify under penalty of perjury that I am an employee of LEE HIGH, LTD., 448 Ridge Street, Reno, Nevada 89501, and that on February 9, 2021, I served the NOTICE OF VIDEOTAPED DEPOSITION OF KENNETH CANNATA via the Court's Notice of Electronic Filing to all those persons listed on the United States District Court CM/ECF Confirmation Sheet.

DATED this 9th day of February, 2021.

/s/ Elizabeth Dendary, CP
ELIZABETH DENDARY, CP
Certified Paralegal