## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| HP TUNERS, LLC, | ) | 3:18-cv-00527-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 5, 2021 |
| KENNETH CANNATA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are numerous Notices of Deposition (ECF Nos. 93, 94, 95, 96, 97, 98 and 99) filed by Plaintiff. Plaintiff is advised that discovery papers and discovery documents, including deposition notices are not to be filed unless ordered by the court.  LR 26-7 and Fed. R. Civ. P. 5(d)(1)(A).

Therefore, Plaintiff's Notices of Deposition (ECF Nos. 93, 94, 95, 96, 97, 98 and 99)  are **STRICKEN** from the docket.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/  
Deputy Clerk