Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Eq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   blarsen@shea.law
             kwyant@shea.law

*Attorneys for Defendant*
*KENNETH CANNATA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company;<br><br>              Plaintiff,<br><br>vs.<br><br>KENNETH CANNATA,<br><br>              Defendants. | CASE NO. 3:18-CV-00527-LRH-WGC<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT KENNETH CANNATA'S MOTION TO COMPEL DISCOVERY RESPONSES** |

Defendant Kenneth Cannata ("Cannata"), by and through his counsel of record, Shea Larsen, hereby gives notice that he withdraws his *Motion to Compel HP Tuners, LLC's Discovery Responses* [ECF No. 106].

DATED this 23rd day of April 2021.

SHEA LARSEN

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for Kenneth Cannata*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically transmitted the foregoing **NOTICE OF WITHDRAWAL OF DEFENDANT KENNETH CANNATA'S MOTION TO COMPEL DISCOVERY RESPONSES** to the Office of the Clerk of the United States District Court, District of Nevada, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this matter.

By: /s/ *Bart K. Larsen, Esq.*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432