# EXHIBIT C

## to <u>Plaintiff's Motion for Sanctions</u>

## Defendant Cannata's Second Supplemental Answers and Objections to Plaintiff HP Tuner (sic), LLC's First Set of Interrogatories

1  Bart K. Larsen, Esq.
   Nevada Bar No. 8538
2  **SHEA LARSEN**
   1731 Village Center Circle, Suite 150
3  Las Vegas, Nevada 89134
   Telephone: (702) 471-7432
4  Fax: (702) 926-9683
   Email: blarsen@shea.law
5
   *Attorneys for Defendant*
6  *Kenneth Cannata*

7

8

9                    **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11                              * * *

12  HP TUNERS, LLC,                          CASE NO. 3:18-cv-00527-LRH-WGC

13                   Plaintiff,
                                             **DEFENDANT CANNATA'S SECOND**
14         vs.                               **SUPPLEMENTAL ANSWERS AND**
                                             **OBJECTIONS TO PLAINTIFF HP**
15  KENNETH CANNATA,                         **TUNER, LLC'S FIRST SET OF**
                                             **INTERROGATORIES**
16                   Defendant.

17

18         Defendant Kenneth Cannata ("Cannata" or "Defendant"), by and through his counsel of

19  record, hereby submits this second supplemental response to Plaintiff HP Tuners, LLC's ("HPT" or

20  "Plaintiff") First Set of Interrogatories as follows (supplemental information is indicated in **bold**

21  **typeface**):

22         **FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES**

23         Defendant responds to Plaintiff's Interrogatories as follows:

24  INTERROGATORY NO. 1:

25         Identify by make, model and serial number, all computers used by Defendant at any time

26  from January 1, 2016 to the present.  For each such computer identified, state the current address

27  and location of each such computer.

28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1  ANSWER TO INTERROGATORY NO. 1:

2        Cannata objects to this Interrogatory on the basis that (i) it seeks the disclosure of information

3  already in the possession of HPT or readily available to HPT, (ii) it seeks the disclosure of

4  information that is not relevant to any claim or defense at issue in this action, (iii) it imposes an

5  undue burden on Cannata, and (iv) it is vague as to the terms "computer" and "used."  Without

6  waiving any objection, Cannata responds as follows:  From January 1, 2016 until the sale of his

7  membership interest in HPT, Cannata used a custom desktop computer that he assembled using parts

8  purchased from various sources.  That desktop computer did not have a manufacturer's serial number

9  and was sent to HPT upon the sale of Cannata's membership interest in HPT.  Cannata has in his

10  possession a second custom desktop computer that he assembled using parts purchased from various

11  sources.  This second desktop computer does not have a manufacturer's serial number.  Cannata has

12  access to a Hewlett Packard laptop computer.  The manufacturer's serial number of that laptop

13  computer is CND7060N3T.  The second custom desktop computer and the Hewlett Packard laptop

14  computer are located at Cannata's personal residence at 16455 Bonnie Lane, Reno, Nevada 89511.

15  INTERROGATORY NO. 2:

16        Identify all Documents (including but not limited to electronically stored information) which

17  evidence, refer or relate to HPT's source code, software, programming, products and/or credits

18  which have been in Your possession, custody or control at any time on or after October 21, 2016.

19  ANSWER TO INTERROGATORY NO. 2:

20        Cannata objects to this Interrogatory on the basis that (i) it imposes an undue burden on

21  Cannata, and (ii) it is vague as to the terms "evidence, refer or relate" and "HPT's source code,

22  software, programming, products and/or credits."  Without waiving any objection, Cannata responds

23  as follows: Cannata has in his possession an administrative version of HPT's VCM Suite software**,**

24  **which is stored on the hard drive of the Hewlett Packard laptop computer referenced in**

25  **Cannata's answer to Interrogatory No. 1.  That Hewlett Packard laptop computer will be made**

26  **available to Exponent, Inc. for copying in accordance with the Order entered by the Court on**

27  **August 20, 2020 [ECF No. 80].  Alternatively, Cannata will provide an electronic copy of such**

28  **VCM Suite software on request.  Additionally, because the transaction by which Cannata**

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1   assigned his membership interest in HPT did not close until several weeks after the expected

2   closing date of October 21, 2016, Cannata maintained possession, custody, or control of

3   documents and electronically stored information related to HPT after October 21, 2016.  Such

4   documents and electronically stored information included the contents of the custom desktop

5   computer referenced in Cannata's answer to Interrogatory No. 1, a nonfunctional IBM

6   Thinkpad laptop computer that had not been used since January 1, 2016, an iPhone 4, and a

7   Lexar 16GB USB drive – all of which Cannata believes were delivered to HPT sometime in

8   November or December 2016.  Cannata does not have access to and does not have any record

9   of the contents of the aforementioned custom desktop computer, the IBM Thinkpad laptop

10  computer, or the iPhone 4.  However, an index of the electronic files stored on the Lexar 16GB

11  USB drive, which was prepared by Cannata's legal counsel prior to delivery to HPT, is

12  attached hereto as **Exhibit 1**.  To the best of Cannata's knowledge, any copies of any documents

13  or other electronic information stored on the aforementioned custom desktop computer, the

14  IBM Thinkpad laptop computer, iPhone 4, or Lexar 16GB USB drive that remained in

15  Cannata's possession after October 21, 2016, as well as any other confidential or proprietary

16  information related to HPT, were deleted at or around the time that Cannata received

17  payment for the assignment of his membership interest in HPT.

18  INTERROGATORY NO. 3:

19      Identify all Documents (including but not limited to electronically stored information) which

20  evidence refer or relate to HPT's interfaces, source code, designs, schematics, program files,

21  software, firmware or other intellectual property of HPT which have been in Your possession,

22  custody or control at any time on or after October 21, 2016.

23  ANSWER TO INTERROGATORY NO. 3:

24      Cannata objects to this Interrogatory on the basis that (i) it imposes an undue burden on

25  Cannata, and (ii) it is vague as to the terms "evidence refer or relate" and  "HPT's interfaces, source

26  code, designs, schematics, program files, software, firmware or other intellectual property of HPT."

27  Without waiving any objection, Cannata responds as follows: Cannata has in his possession an

28  administrative version of HPT's VCM Suite software**, which is stored on the hard drive of the**

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1  **Hewlett Packard laptop computer referenced in Cannata's answer to Interrogatory No. 1.**

2  **That Hewlett Packard laptop computer will be made available to Exponent, Inc. for copying**

3  **in accordance with the Order entered by the Court on August 20, 2020 [ECF No. 80].**

4  **Alternatively, Cannata will provide an electronic copy of such VCM Suite software on request.**

5  **Additionally, because the transaction by which Cannata assigned his membership interest in**

6  **HPT did not close until several weeks after the expected closing date of October 21, 2016,**

7  **Cannata maintained possession, custody, or control of documents and electronically stored**

8  **information related to HPT after October 21, 2016.  Such documents and electronically stored**

9  **information included the contents of the custom desktop computer referenced in Cannata's**

10  **answer to Interrogatory No. 1, a nonfunctional IBM Thinkpad laptop computer that had not**

11  **been used since January 1, 2016, an iPhone 4, and a Lexar 16GB USB drive – all of which**

12  **Cannata believes were delivered to HPT sometime in November or December 2016.  Cannata**

13  **does not have access to and does not have any record of the contents of the aforementioned**

14  **custom desktop computer, the IBM Thinkpad laptop computer, or the iPhone 4.  However, an**

15  **index of the electronic files stored on the Lexar 16GB USB drive, which was prepared by**

16  **Cannata's legal counsel prior to delivery to HPT, is attached hereto as _Exhibit 1_.  To the best**

17  **of Cannata's knowledge, any copies of any documents or other electronic information stored**

18  **on the aforementioned custom desktop computer, the IBM Thinkpad laptop computer, iPhone**

19  **4, or Lexar 16GB USB drive that remained in Cannata's possession after October 21, 2016, as**

20  **well as any other confidential or proprietary information related to HPT, were deleted at or**

21  **around the time that Cannata received payment for the assignment of his membership interest**

22  **in HPT.**

23  INTERROGATORY NO. 4:

24        Identify all Documents (including but not limited to electronically stored information)

25  relating to HPT's MPVI which have been in Your possession, custody or control at any time on or

26  after October 21, 2016.

27

28

ANSWER TO INTERROGATORY NO. 4:

Cannata objects to this Interrogatory on the basis that (i) it imposes an undue burden on Cannata, and (ii) it is vague as to the term "relating to HPT's MPVI."  Without waiving any objection, Cannata responds as follows:  Cannata has in his possession an administrative version of HPT's VCM Suite software, **which is stored on the hard drive of the Hewlett Packard laptop computer referenced in Cannata's answer to Interrogatory No. 1.  That Hewlett Packard laptop computer will be made available to Exponent, Inc. for copying in accordance with the Order entered by the Court on August 20, 2020 [ECF No. 80].  Alternatively, Cannata will provide an electronic copy of such VCM Suite software on request.  Additionally, because the transaction by which Cannata assigned his membership interest in HPT did not close until several weeks after the expected closing date of October 21, 2016, Cannata maintained possession, custody, or control of documents and electronically stored information related to HPT after October 21, 2016.  Such documents and electronically stored information included the contents of the custom desktop computer referenced in Cannata's answer to Interrogatory No. 1, a nonfunctional IBM Thinkpad laptop computer that had not been used since January 1, 2016, an iPhone 4, and a Lexar 16GB USB drive – all of which Cannata believes were delivered to HPT sometime in November or December 2016.  Cannata does not have access to and does not have any record of the contents of the aforementioned custom desktop computer, the IBM Thinkpad laptop computer, or the iPhone 4.  However, an index of the electronic files stored on the Lexar 16GB USB drive, which was prepared by Cannata's legal counsel prior to delivery to HPT, is attached hereto as __Exhibit 1__.  To the best of Cannata's knowledge, any copies of any documents or other electronic information stored on the aforementioned custom desktop computer, the IBM Thinkpad laptop computer, iPhone 4, or Lexar 16GB USB drive that remained in Cannata's possession after October 21, 2016, as well as any other confidential or proprietary information related to HPT, were deleted at or around the time that Cannata received payment for the assignment of his membership interest in HPT.**

INTERROGATORY NO. 5:

State all email addresses You have used to send email communications to Kevin Sykes-Bonnett at any time since January 1, 2016.

ANSWER TO INTERROGATORY NO. 5:

Without waiving any objection, Cannata responds as follows: To the best of Cannata's knowledge and recollection, the email addresses Cannata used to communication with Kevin Sykes-Bonnett after January 1, 2016 include ken_cannata@att.net, ken_cannata@charter.net, somethingnew1892@yahoo.com, and, possibly, ken@hptuners.com.

INTERROGATORY NO. 6:

List all payments you have received from Kevin Sykes-Bonnett, John Martinson or Syked ECU Tuning, Inc. at any time since January 1, 2016 including the date and amount of each payment and describe the service performed for each such payment.

ANSWER TO INTERROGATORY NO. 6:

Without waiving any objection, Cannata responds as follows: To the best of Cannata's knowledge and recollection, he has not received any payment in any material amount from either Kevin Sykes-Bonnett, John Martinson, or Syked ECU Tuning, Inc. at any time since January 1, 2016.

INTERROGATORY NO. 7:

List all internet service providers you have used for each of Your residences at any time since January 1, 2016, including the time period of service for each such internet service provider.

ANSWER TO INTERROGATORY NO. 7:

Cannata objects to this Interrogatory on the basis that (i) it imposes an undue burden on Cannata, and (ii) it seeks the disclosure of information that is not relevant to any claim or defense at issue in this action.  Without waiving any objection, Cannata responds as follows: To the best of Cannata's knowledge and recollection internet service providers he has used since January 1, 2016 include Time Warner Cable (terminated late 2014 or early 2015), AT&T (terminated May 2018), Charter Communications (May 2018 to present).

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

INTERROGATORY NO. 8:

State the name, state of incorporation or organization, date of incorporation or organization and all shareholders or members (including the percentages of ownership) of any non-public company, corporation or entity in which you have held an ownership interest at any time since October 21, 2016.

ANSWER TO INTERROGATORY NO. 8:

Cannata objects to this Interrogatory on the basis that it seeks the disclosure of information that is not relevant to any claim or defense at issue in this action.  Without waiving any objection, Cannata responds as follows: Cannata owns 100% of KJC Communications, LLC, which was registered as a Nevada partnership on or about October 1, 2018.  KJC Communications, LLC has never engaged in any business operations and has never owned any assets.

INTERROGATORY NO. 9:

If any of the responses to Plaintiff's Requests for Admission are anything other than an unqualified admission, describe the complete factual basis for Defendant's response.

ANSWER TO INTERROGATORY NO. 9:

Cannata objects to this Interrogatory on the basis that it imposes an undue burden on Cannata. Without waiving any objection, Cannata responds as follows: The factual basis for each of Cannata's responses to HPT's Requests for Admission are set forth in detail within such responses.

DATED this 3rd day of September 2020.

SHEA LARSEN

By /s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for Defendant Kenneth Cannata*

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

## **VERIFICATION**

I, Kenneth Cannata, have read the entirety of the foregoing Second Supplemental Responses to Plaintiff HP Tuner, LLC's First Set of Interrogatories, and I hereby verify that such responses are true and correct to the best of my knowledge, information, and belief.

Dated 12/17/          , 2020.

KENNETH CANNATA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2020, I caused to be served a true and correct copy of foregoing DEFENDANT CANNATA'S SECOND SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFF HP TUNER, LLC'S FIRST SET OF INTERROGATORIES in the following manner:

(ELECTRONIC SERVICE)  The above-referenced document was electronically mailed on the date hereof to the following parties:

Andrew P. Bleiman, Esq.
MARKS & KLEIN
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Email:  andrew@marksklein.com

*Attorneys for Plaintiff*
*HP TUNERS, LLC*

Cecilia Lee, Esq.
Elizabeth High, Esq.
LEE HIGHT, LTD
499 West Plumb Lane, Suite 201
Reno, Nevada 89509
Email:  c.lee@lee-high.com
           e.high@lee-high.com

*Attorneys for Plaintiff*
*HP TUNERS, LLC*

                                        */s/ Bart K. Larsen, Esq.*

| Name | Path | Extension | Size | Modified |
|------|------|-----------|------|----------|
| 662X HDW 121 V119.mcp | F:\662X HDW 121 V120\ | mcp | 96,957 | 6/17/2006 21:04 |
| AAA.atxt | F:\662X HDW 121 V120\ | atxt | 37 | 6/13/2005 13:12 |
| Asm_layout.hwl | F:\662X HDW 121 V120\ | hwl | 633 | 8/10/2015 22:09 |
| Default.mem | F:\662X HDW 121 V120\ | mem | 161 | 11/27/2002 0:24 |
| defs_documentation.txt | F:\662X HDW 121 V120\ | txt | 6,927 | 6/19/2002 10:51 |
| project.hwc | F:\662X HDW 121 V120\ | hwc | 0 | 8/10/2015 22:09 |
| project.ini | F:\662X HDW 121 V120\ | ini | 4,958 | 10/2/2015 9:52 |
| readme.txt | F:\662X HDW 121 V120\ | txt | 1,317 | 11/27/2002 0:32 |
| CWSettingsWindows.stg | F:\662X HDW 121 V120\662X_HDW_121_V118_Data\ | stg | 4,264 | 8/10/2015 21:02 |
| TargetDataWindows.tdt | F:\662X HDW 121 V120\662X_HDW_121_V118_Data\Abatron\ | tdt | 36,601 | 8/10/2015 20:32 |
| TargetDataWindows.tdt | F:\662X HDW 121 V120\662X_HDW_121_V118_Data\P&E\ | tdt | 2,368,473 | 8/10/2015 20:32 |
| main.asm.o | F:\662X HDW 121 V120\662X_HDW_121_V118_Data\P&E\ObjectCode\ | o | 405,932 | 8/10/2015 20:32 |
| TargetDataWindows.tdt | F:\662X HDW 121 V120\662X_HDW_121_V118_Data\Simulator\ | tdt | 283,695 | 8/10/2015 20:32 |
| main.asm.o | F:\662X HDW 121 V120\662X_HDW_121_V118_Data\Simulator\ObjectCode\ | o | 404,700 | 2/11/2013 12:18 |
| CWSettingsWindows.stg | F:\662X HDW 121 V120\662X_HDW_121_V119_Data\ | stg | 4,329 | 6/17/2006 21:04 |
| TargetDataWindows.tdt | F:\662X HDW 121 V120\662X_HDW_121_V119_Data\Abatron\ | tdt | 36,601 | 6/17/2006 21:04 |
| TargetDataWindows.tdt | F:\662X HDW 121 V120\662X_HDW_121_V119_Data\P&E\ | tdt | 886,737 | 6/17/2006 21:04 |
| main.asm.o | F:\662X HDW 121 V120\662X_HDW_121_V119_Data\P&E\ObjectCode\ | o | 406,180 | 10/21/2015 23:18 |
| TargetDataWindows.tdt | F:\662X HDW 121 V120\662X_HDW_121_V119_Data\Simulator\ | tdt | 280,969 | 6/17/2006 21:04 |
| main.asm.o | F:\662X HDW 121 V120\662X_HDW_121_V119_Data\Simulator\ObjectCode\ | o | 405,932 | 8/10/2015 22:06 |
| Asm_PandE.abs | F:\662X HDW 121 V120\bin\ | abs | 239,803 | 10/2/2015 9:51 |
| Asm_PandE.abs.bootloaderPE.s19 | F:\662X HDW 121 V120\bin\ | s19 | 9,712 | 10/2/2015 9:51 |
| Asm_PandE.abs.phy | F:\662X HDW 121 V120\bin\ | phy | 102,122 | 10/2/2015 9:51 |
| Asm_PandE.abs.s19 | F:\662X HDW 121 V120\bin\ | s19 | 100,892 | 10/2/2015 9:51 |
| Asm_PandE.bpt | F:\662X HDW 121 V120\bin\ | bpt | 12 | 10/2/2015 9:52 |
| Asm_PandE.map | F:\662X HDW 121 V120\bin\ | map | 726,612 | 10/2/2015 9:51 |
| Asm_PandE.mrk | F:\662X HDW 121 V120\bin\ | mrk | 21 | 10/2/2015 9:52 |
| asm_simulator.abs | F:\662X HDW 121 V120\bin\ | abs | 239,655 | 8/10/2015 22:06 |
| asm_simulator.abs.bootloaderPE.s19 | F:\662X HDW 121 V120\bin\ | s19 | 9,726 | 8/10/2015 22:06 |
| asm_simulator.abs.phy | F:\662X HDW 121 V120\bin\ | phy | 102,022 | 8/10/2015 22:06 |
| asm_simulator.abs.s19 | F:\662X HDW 121 V120\bin\ | s19 | 100,796 | 8/10/2015 22:06 |
| asm_simulator.bpt | F:\662X HDW 121 V120\bin\ | bpt | 12 | 8/10/2015 22:10 |
| asm_simulator.map | F:\662X HDW 121 V120\bin\ | map | 726,230 | 8/10/2015 22:06 |
| asm_simulator.mrk | F:\662X HDW 121 V120\bin\ | mrk | 21 | 8/10/2015 22:10 |
| main.dbg | F:\662X HDW 121 V120\bin\ | dbg | 786,240 | 10/21/2015 23:18 |
| 62XX_HDW_121_BOOTLOADER_1_2.phy | F:\662X HDW 121 V120\bin\Cylcone Pro Files\ | phy | 11,496 | 7/23/2006 15:00 |
| 62XX_HDW121_BOOTLOADER_1_2.s19 | F:\662X HDW 121 V120\bin\Cylcone Pro Files\ | s19 | 9,712 | 7/23/2006 14:56 |
| 62XX_HDW_121_BOOTLOADER_1_3.phy | F:\662X HDW 121 V120\bin\Cylcone Pro Files\ | phy | 11,496 | 1/6/2009 12:34 |
| 62XX_HDW_121_BOOTLOADER_1_3.s19 | F:\662X HDW 121 V120\bin\Cylcone Pro Files\ | s19 | 9,712 | 1/6/2009 12:31 |
| 62XX_HDW121_BOOTLOADER_1_3.s19.extra | F:\662X HDW 121 V120\bin\Cylcone Pro Files\ | extra | 0 | 1/6/2009 12:34 |

| File | Path | Type | Size | Date |
|---|---|---|---|---|
| MC9S12DJ256B.12P | F:\662X HDW 121 V120\bin\Cylcone Pro Files\ | 12P | 3,798 | 12/19/2005 17:23 |
| MPVI_121.cfg | F:\662X HDW 121 V120\bin\Cylcone Pro Files\ | cfg | 1,208 | 4/5/2006 19:13 |
| Public version 120.BIN | F:\662X HDW 121 V120\bin\MPVI_All_Upgrade\ | BIN | 4,063,232 | 10/1/2015 14:42 |
| Public version 120.firmware | F:\662X HDW 121 V120\bin\MPVI_All_Upgrade\ | firmware | 44,964 | 10/1/2015 14:43 |
| Internal version 120.BIN | F:\662X HDW 121 V120\bin\MPVI_INTERNAL\ | BIN | 4,063,232 | 10/2/2015 9:53 |
| Internal version 120.firmware | F:\662X HDW 121 V120\bin\MPVI_INTERNAL\ | firmware | 44,964 | 10/2/2015 9:54 |
| abatron_postload.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 169 | 9/26/2002 10:03 |
| abatron_preload.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 363 | 9/26/2002 10:04 |
| abatron_reset.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 63 | 1/17/2001 14:01 |
| abatron_startup.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 59 | 1/17/2001 14:02 |
| p&e_erase_unsecure_hcs12.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 2,658 | 10/29/2005 16:47 |
| p&e_postload.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 275 | 7/17/2005 15:48 |
| p&e_preload.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 369 | 10/29/2005 16:56 |
| p&e_reset.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 63 | 1/17/2001 14:01 |
| p&e_startup.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 59 | 1/17/2001 14:02 |
| p&e_vppoff.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 75 | 9/26/2002 9:52 |
| p&e_vppon.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 76 | 9/26/2002 9:52 |
| simulator_postload.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 62 | 1/17/2001 14:01 |
| simulator_preload.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 81 | 11/13/2004 10:35 |
| simulator_reset.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 63 | 1/17/2001 14:01 |
| simulator_setcpu.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 59 | 1/17/2001 14:01 |
| simulator_startup.cmd | F:\662X HDW 121 V120\cmd\ | cmd | 59 | 1/17/2001 14:02 |
| Cable responses.txt | F:\662X HDW 121 V120\Documents\ | txt | 5,173 | 7/31/2005 19:52 |
| Canbus Scan.txt | F:\662X HDW 121 V120\Documents\ | txt | 2,908 | 2/4/2006 18:41 |
| Log Setup Sample.txt | F:\662X HDW 121 V120\Documents\ | txt | 13,641 | 4/26/2006 13:27 |
| Logging MemMap.xls | F:\662X HDW 121 V120\Documents\ | xls | 24,576 | 4/26/2006 13:29 |
| TestMessages.txt | F:\662X HDW 121 V120\Documents\ | txt | 2,764 | 4/29/2006 9:27 |
| _MC9S12DP256_BANKED.prm.txt | F:\662X HDW 121 V120\Memory Models\ | txt | 9,288 | 5/3/2002 12:36 |
| _MC9S12DP256_FLAT.prm.txt | F:\662X HDW 121 V120\Memory Models\ | txt | 8,245 | 4/17/2002 12:09 |
| _MC9S12DP256_RAM.prm.txt | F:\662X HDW 121 V120\Memory Models\ | txt | 3,923 | 4/15/2002 17:05 |
| Boot.asm | F:\662X HDW 121 V120\Other Source code\Boot Test Code\ | asm | 25,873 | 11/24/2004 16:35 |
| Copy of Bootloader.asm | F:\662X HDW 121 V120\Other Source code\Boot Test Code\ | asm | 41,860 | 11/23/2004 21:58 |
| BLCKHNDL.asm | F:\662X HDW 121 V120\Other Source code\From HCS08\ | asm | 7,034 | 11/19/2004 13:46 |
| DLCRX_HC08.asm | F:\662X HDW 121 V120\Other Source code\From HCS08\ | asm | 17,532 | 11/13/2004 21:27 |
| Main.asm | F:\662X HDW 121 V120\Other Source code\From HCS08\ | asm | 102,560 | 9/18/2004 12:07 |
| boak.asm | F:\662X HDW 121 V120\Other Source code\SC Algo\ | asm | 9,936 | 9/5/2005 13:51 |
| BoakFuncs.c.lst | F:\662X HDW 121 V120\Other Source code\SC Algo\ | lst | 16,030 | 9/5/2005 13:50 |
| ford_pcm_COMMANDS.H | F:\662X HDW 121 V120\Other Source code\SC Algo\ | H | 14,176 | 9/14/2005 16:04 |
| Ford_SCP.lst | F:\662X HDW 121 V120\Other Source code\SC Algo\ | lst | 160,781 | 9/13/2005 18:20 |
| Ford_SCP_KEN.lst | F:\662X HDW 121 V120\Other Source code\SC Algo\ | lst | 193,101 | 10/10/2005 17:40 |
| lbcc.lst | F:\662X HDW 121 V120\Other Source code\SC Algo\ | lst | 25,548 | 9/16/2005 19:57 |

| | | | | |
|---|---|---|---|---|
| LBCC_ISR.c | F:\662X HDW 121 V120\Other Source code\SC Algo\ | c | 13,513 | 9/14/2005 16:09 |
| SCP.ASM | F:\662X HDW 121 V120\Other Source code\SC Algo\ | ASM | 19,444 | 9/13/2005 21:28 |
| appkey.cpp | F:\662X HDW 121 V120\Other Source code\VCM Suite\ | cpp | 16,223 | 1/13/2006 16:50 |
| frmVCMScanner.c | F:\662X HDW 121 V120\Other Source code\VCM Suite\ | c | 40,865 | 10/11/2005 16:13 |
| Slave_Flash.asm | F:\662X HDW 121 V120\Other Source code\Z06\ | asm | 10,289 | 10/4/2005 22:17 |
| burner.bbl | F:\662X HDW 121 V120\prm\ | bbl | 5,051 | 9/28/2005 20:06 |
| linker.prm | F:\662X HDW 121 V120\prm\ | prm | 3,522 | 3/14/2005 20:39 |
| DP256reg.inc | F:\662X HDW 121 V120\Sources\ | inc | 30,015 | 11/10/2014 13:28 |
| Endian Conv.txt | F:\662X HDW 121 V120\Sources\ | txt | 467 | 9/13/2005 11:14 |
| main.asm | F:\662X HDW 121 V120\Sources\ | asm | 26,429 | 10/2/2015 9:46 |
| mc9s12dj256.inc | F:\662X HDW 121 V120\Sources\ | inc | 678,994 | 10/20/2015 17:31 |
| P30DATA.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 3,609 | 4/18/2011 13:48 |
| P31DATA.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 823 | 12/27/2005 14:42 |
| P32ALGO.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 524 | 5/20/2006 8:56 |
| P33ALGO.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 13,409 | 3/12/2015 18:30 |
| P34DATA.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 16,740 | 9/29/2015 19:51 |
| P35DATA.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 604 | 3/27/2010 9:35 |
| P36ALGO.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 412 | 2/14/2006 12:47 |
| P37ALGO.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 343 | 12/29/2005 12:24 |
| P38DATA.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 342 | 12/29/2005 12:25 |
| P39DATA.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 342 | 12/29/2005 12:25 |
| P3AALGO.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 340 | 12/29/2005 12:26 |
| P3BALGO.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 351 | 12/29/2005 12:26 |
| P3CDATA.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 339 | 12/29/2005 12:26 |
| P3DDATA.ASM | F:\662X HDW 121 V120\Sources\ | ASM | 377 | 12/29/2005 12:27 |
| boak.asm | F:\662X HDW 121 V120\Sources\BACKSTAGE\ | asm | 9,116 | 3/19/2008 21:32 |
| GM_KEYS.ASM | F:\662X HDW 121 V120\Sources\BACKSTAGE\ | ASM | 12,082 | 6/29/2006 11:37 |
| MAGIC_KEYS.ASM | F:\662X HDW 121 V120\Sources\BACKSTAGE\ | ASM | 12,988 | 7/1/2006 12:15 |
| SCP_KEY.ASM | F:\662X HDW 121 V120\Sources\BACKSTAGE\ | ASM | 19,205 | 3/19/2008 21:36 |
| Flash.asm | F:\662X HDW 121 V120\Sources\BootSection\ | asm | 38,399 | 5/20/2006 9:12 |
| NONPAGED_CHECKS.ASM | F:\662X HDW 121 V120\Sources\BootSection\ | ASM | 3,065 | 2/11/2006 14:17 |
| PPAGE_CHECKS.ASM | F:\662X HDW 121 V120\Sources\BootSection\ | ASM | 6,739 | 12/8/2014 11:25 |
| CAN0ERR_ISR.ASM | F:\662X HDW 121 V120\Sources\Cancode\ | ASM | 2,694 | 7/14/2005 19:02 |
| CAN0RX_ISR.ASM | F:\662X HDW 121 V120\Sources\Cancode\ | ASM | 3,023 | 3/20/2015 12:10 |
| CAN0TXPROCESS.ASM | F:\662X HDW 121 V120\Sources\Cancode\ | ASM | 6,962 | 3/12/2015 19:39 |
| CAN1ERR_ISR.ASM | F:\662X HDW 121 V120\Sources\Cancode\ | ASM | 2,694 | 10/20/2005 20:35 |
| CAN1RX_ISR.ASM | F:\662X HDW 121 V120\Sources\Cancode\ | ASM | 2,754 | 3/16/2006 18:20 |
| CAN1TXPROCESS.ASM | F:\662X HDW 121 V120\Sources\Cancode\ | ASM | 4,328 | 2/8/2006 11:02 |
| CANMODULE_INIT.ASM | F:\662X HDW 121 V120\Sources\Cancode\ | ASM | 16,839 | 4/24/2013 10:20 |
| 4 16 bit.txt | F:\662X HDW 121 V120\Sources\Cancode\CAN Filters\ | txt | 1,156 | 12/1/2004 10:11 |
| 6210_MPVI_STD.ASM | F:\662X HDW 121 V120\Sources\EEPROM\ | ASM | 3,152 | 2/16/2006 13:35 |

| | | | | |
|---|---|---|---|---|
| 6220_INTERNAL.ASM | F:\662X HDW 121 V120\Sources\EEPROM\ | ASM | 3,154 | 2/11/2013 15:00 |
| 6220_MPVI_PRO.ASM | F:\662X HDW 121 V120\Sources\EEPROM\ | ASM | 3,152 | 11/25/2013 17:25 |
| CABLE_AUX.ASM | F:\662X HDW 121 V120\Sources\Ext_Hardware\ | ASM | 2,490 | 2/4/2006 9:52 |
| CLEAR_DTC.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\DTC\ | ASM | 71 | 12/16/2005 20:55 |
| GET_USER_INPUT.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Global\ | ASM | 8,144 | 6/17/2006 17:22 |
| SYS_PREP.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Global\ | ASM | 7,088 | 6/18/2006 10:44 |
| USER_KERNEL.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Global\ | ASM | 1,970 | 6/17/2006 8:04 |
| VEH_INIT_COMM.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Global\ | ASM | 3,025 | 6/17/2006 15:28 |
| LOG_DATA FILTER.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Logging\ | ASM | 2,237 | 6/18/2006 7:53 |
| LOG_DATA_STORE.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Logging\ | ASM | 9,861 | 6/17/2006 8:09 |
| CAN_FILTER.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Logging\CAN\ | ASM | 5,415 | 9/23/2015 22:28 |
| CAN_LCOMMS.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Logging\CAN\ | ASM | 7,281 | 9/29/2015 19:42 |
| VPW_FILTER.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Logging\VPW\ | ASM | 5,229 | 6/17/2006 16:10 |
| VPW_LCOMMS.ASM | F:\662X HDW 121 V120\Sources\EXT_USER\Logging\VPW\ | ASM | 7,232 | 9/29/2015 19:49 |
| FTDIEECFG.ASM | F:\662X HDW 121 V120\Sources\FTDI\ | ASM | 10,878 | 1/28/2006 9:04 |
| HP Tuners MPVI D018 HPT0021 BLANK.ASM | F:\662X HDW 121 V120\Sources\FTDI\ | ASM | 3,222 | 12/1/2005 19:51 |
| HP Tuners MPVI D018 HPT0021 USER.ASM | F:\662X HDW 121 V120\Sources\FTDI\ | ASM | 3,738 | 12/1/2005 19:56 |
| HP Tuners MPVI  D018 HPT0021 .txt | F:\662X HDW 121 V120\Sources\FTDI\HP Tuners MPVI   D018 HPT0021\ | txt | 1,343 | 12/1/2005 19:09 |
| HP Tuners MPVI D018 HPT0021 BLANK.ASM | F:\662X HDW 121 V120\Sources\FTDI\HP Tuners MPVI   D018 HPT0021\ | ASM | 3,222 | 12/1/2005 19:51 |
| HP Tuners MPVI D018 HPT0021 USER.ASM | F:\662X HDW 121 V120\Sources\FTDI\HP Tuners MPVI   D018 HPT0021\ | ASM | 3,738 | 12/1/2005 19:56 |
| HP Tuners MPVI.ept | F:\662X HDW 121 V120\Sources\FTDI\HP Tuners MPVI   D018 HPT0021\ | ept | 982 | 12/1/2005 18:56 |
| MPVI PRO D018 HPT0021 .txt | F:\662X HDW 121 V120\Sources\FTDI\MPVI PRO D018 HPT0021\ | txt | 1,345 | 7/27/2005 20:28 |
| MPVI PRO D018 HPT0021 BLANK.ASM | F:\662X HDW 121 V120\Sources\FTDI\MPVI PRO D018 HPT0021\ | ASM | 3,222 | 7/27/2005 20:31 |
| MPVI PRO D018 HPT0021 USER.ASM | F:\662X HDW 121 V120\Sources\FTDI\MPVI PRO D018 HPT0021\ | ASM | 3,732 | 7/27/2005 20:37 |
| MPVI PRO.ept | F:\662X HDW 121 V120\Sources\FTDI\MPVI PRO D018 HPT0021\ | ept | 975 | 7/27/2005 20:23 |
| 5_BAUD_INIT.ASM | F:\662X HDW 121 V120\Sources\ISO_KWP_ALDL\ | ASM | 5,556 | 3/19/2008 19:15 |
| SCI_INIT.ASM | F:\662X HDW 121 V120\Sources\ISO_KWP_ALDL\ | ASM | 2,474 | 3/19/2008 16:55 |
| SCI_TX_ISR.ASM | F:\662X HDW 121 V120\Sources\ISO_KWP_ALDL\ | ASM | 2,667 | 8/11/2015 23:10 |
| SCI_TX_NORMAL.ASM | F:\662X HDW 121 V120\Sources\ISO_KWP_ALDL\ | ASM | 2,266 | 1/29/2006 16:26 |
| SCI0RX.ASM | F:\662X HDW 121 V120\Sources\ISO_KWP_ALDL\ | ASM | 8,416 | 8/15/2011 21:07 |
| SCITXPROCESS.ASM | F:\662X HDW 121 V120\Sources\ISO_KWP_ALDL\ | ASM | 8,450 | 8/11/2015 22:18 |
| BLCKHNDL.asm | F:\662X HDW 121 V120\Sources\J1850\DLC\ | asm | 2,973 | 3/16/2006 18:09 |
| J1850VPWCFG.ASM | F:\662X HDW 121 V120\Sources\J1850\DLC\ | ASM | 4,225 | 9/16/2005 11:41 |
| TXBLCKMSG.asm | F:\662X HDW 121 V120\Sources\J1850\DLC\ | asm | 4,255 | 3/16/2006 18:09 |
| TXVPWMSG.asm | F:\662X HDW 121 V120\Sources\J1850\DLC\ | asm | 4,392 | 3/16/2006 18:08 |
| VPWRX.ASM | F:\662X HDW 121 V120\Sources\J1850\DLC\ | ASM | 12,335 | 12/25/2005 11:07 |
| VPWTXPROCESS.ASM | F:\662X HDW 121 V120\Sources\J1850\DLC\ | ASM | 8,408 | 3/16/2006 18:08 |
| J1850PWMCFG.ASM | F:\662X HDW 121 V120\Sources\J1850\LBCC\ | ASM | 7,078 | 2/18/2010 16:52 |
| PWMRX.ASM | F:\662X HDW 121 V120\Sources\J1850\LBCC\ | ASM | 8,503 | 1/21/2010 16:30 |
| PWMTXPROCESS.ASM | F:\662X HDW 121 V120\Sources\J1850\LBCC\ | ASM | 4,307 | 11/19/2009 12:30 |
| APPKEY_CREDIT.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 3,143 | 3/28/2007 10:05 |

| | | | | |
|---|---|---|---|---|
| APPKEY_CSUM.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 4,711 | 2/16/2006 22:34 |
| APPKEY_SERIAL.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 4,864 | 2/26/2011 12:12 |
| APPKEY_VERSION.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 8,407 | 2/14/2006 12:00 |
| BIT_TESTER.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 297 | 2/7/2006 17:43 |
| CONV_CHAR.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 4,820 | 1/29/2006 11:18 |
| CREDIT_CNTR.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 2,037 | 2/3/2006 21:15 |
| ERASELICENSE.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 2,899 | 1/9/2006 11:51 |
| FCSUMFBlock.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 907 | 12/31/2005 20:09 |
| FIND_LPAGE.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 1,867 | 1/9/2006 10:57 |
| FLASHWRPREP.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 1,689 | 5/20/2006 8:25 |
| LIC_CNTR.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 2,037 | 1/9/2006 11:46 |
| LICENSE_LOOP.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 22,557 | 5/17/2006 19:09 |
| LICENSING_MAIN.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 11,915 | 2/15/2006 19:42 |
| LPAGE_CHECKS.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 1,002 | 8/25/2005 10:37 |
| MOVELICENSE.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 2,896 | 2/7/2006 13:12 |
| NEW_APPKEY_FUNCT.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 3,922 | 2/14/2006 16:23 |
| NEW_APPKEYDECRYPT_FUNCT.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 2,361 | 1/9/2006 14:11 |
| NEW_LICENSEDECRYPT_FUNCT.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 2,368 | 1/9/2006 14:26 |
| NEW_LICTEST_FUNCT.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 4,401 | 2/10/2006 17:05 |
| NPAGECSUM.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 284 | 8/25/2006 10:40 |
| RETURN_NORMAL.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 2,318 | 5/15/2006 14:32 |
| SLOT_REPORT.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 3,349 | 1/9/2006 11:54 |
| SLOT_REPORT_SEI.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 3,483 | 1/9/2006 11:56 |
| TSTPAGECSUM.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 409 | 8/25/2005 10:41 |
| WRITE_LICENSE.ASM | F:\662X HDW 121 V120\Sources\Licensing\ | ASM | 5,025 | 1/9/2006 11:49 |
| GEN_MATH.ASM | F:\662X HDW 121 V120\Sources\MATH\ | ASM | 41 | 1/23/2006 11:19 |
| ADT0_ISR.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 305 | 12/25/2005 10:46 |
| BUSDETECT.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 8,843 | 3/20/2015 17:20 |
| BUSLISTEN.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 1,739 | 2/16/2006 17:02 |
| DATA_CLEANUP.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 3,325 | 3/16/2006 18:22 |
| FIFOPTRINIT.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 1,307 | 12/8/2005 12:31 |
| OPSYS.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 27,274 | 9/8/2015 23:07 |
| OPSYS_HI.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 6,512 | 10/2/2015 9:49 |
| PLL_ISR.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 554 | 5/15/2006 10:02 |
| RECONFIG.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 19,894 | 2/18/2010 17:29 |
| SELFCLOCK_ISR.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 606 | 5/15/2006 10:22 |
| SYS_INIT.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 16,627 | 5/23/2006 17:49 |
| SYSTEM_CONFIG.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 9,190 | 3/16/2006 18:21 |
| UNUSEDCOMMANDVEC.ASM | F:\662X HDW 121 V120\Sources\OperatingSystem\ | ASM | 806 | 3/7/2005 17:36 |
| SYSTEM_RAM.ASM | F:\662X HDW 121 V120\Sources\RamNonMoveable\ | ASM | 6,495 | 2/3/2006 20:14 |
| ROM_ACCESS.ASM | F:\662X HDW 121 V120\Sources\Rom_Access\ | ASM | 4,891 | 4/29/2006 19:22 |

| | | | | |
|---|---|---|---|---|
| BACKDOOR.ASM | F:\662X HDW 121 V120\Sources\Security\ | ASM | 876 | 11/30/2005 20:56 |
| DestroyFlash.asm | F:\662X HDW 121 V120\Sources\Security\ | asm | 4,329 | 3/27/2010 9:20 |
| HPT_SEED_KEY.ASM | F:\662X HDW 121 V120\Sources\Security\ | ASM | 3,926 | 12/28/2005 11:42 |
| HPTSECURITY.ASM | F:\662X HDW 121 V120\Sources\Security\ | ASM | 11,267 | 6/16/2006 10:39 |
| REPROG.asm | F:\662X HDW 121 V120\Sources\Security\ | asm | 38,960 | 5/20/2006 8:54 |
| REPROGCRYPT.ASM | F:\662X HDW 121 V120\Sources\Security\ | ASM | 1,252 | 3/9/2005 14:00 |
| TATTLE_TALE.ASM | F:\662X HDW 121 V120\Sources\Security\ | ASM | 3,120 | 12/29/2005 12:23 |
| VANISH.ASM | F:\662X HDW 121 V120\Sources\Security\ | ASM | 3,301 | 3/27/2010 9:19 |
| SPIFLASH.ASM | F:\662X HDW 121 V120\Sources\SPI_Flash\ | ASM | 17,006 | 5/31/2006 17:45 |
| NX25916_0.ASM | F:\662X HDW 121 V120\Sources\SPI_Flash\NEXFLASH\ | ASM | 25,529 | 6/13/2012 13:16 |
| NX25916_1.ASM | F:\662X HDW 121 V120\Sources\SPI_Flash\NEXFLASH\ | ASM | 7,032 | 6/17/2006 11:38 |
| LOGGING.ASM | F:\662X HDW 121 V120\Sources\SPI_Flash\STS\ | ASM | 15,510 | 9/15/2005 17:55 |
| MSEC_TIMER.ASM | F:\662X HDW 121 V120\Sources\Timers\ | ASM | 3,537 | 3/27/2010 16:36 |
| RTI_ISR.ASM | F:\662X HDW 121 V120\Sources\Timers\ | ASM | 2,480 | 6/16/2006 9:30 |
| LICENSE_USBBWRITE.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 3,871 | 8/28/2005 8:51 |
| USBA_PWM_WRITE.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 4,126 | 9/20/2005 19:56 |
| USBA_VPW_WRITE.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 4,130 | 9/20/2005 19:42 |
| USBACANWRITE.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 4,021 | 11/19/2014 17:26 |
| USBAREAD.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 8,474 | 5/19/2006 22:09 |
| USBASCIWRITE.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 4,047 | 11/15/2005 21:53 |
| USBB_MSGPROCESS.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 1,573 | 8/31/2005 10:55 |
| USBB_RESPONSE_MESSAGES.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 5,427 | 6/16/2006 10:38 |
| USBBREAD.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 5,221 | 5/19/2006 22:13 |
| USBBWRITE.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 3,774 | 8/27/2005 21:51 |
| USBCOMRESET.ASM | F:\662X HDW 121 V120\Sources\USB\ | ASM | 846 | 8/31/2005 10:51 |
| Jvectors.ASM | F:\662X HDW 121 V120\Sources\Vectors\ | ASM | 3,624 | 5/15/2006 10:07 |
| Can_USB_Cable_Ken.b## | F:\HP_Tuners_Ken_RevX6\ | b## | 212,012 | 12/8/2005 10:35 |
| Can_USB_Cable_Ken.b#1 | F:\HP_Tuners_Ken_RevX6\ | b#1 | 217,340 | 2/24/2006 13:42 |
| Can_USB_Cable_Ken.b#2 | F:\HP_Tuners_Ken_RevX6\ | b#2 | 216,236 | 2/21/2006 13:27 |
| Can_USB_Cable_Ken.b#3 | F:\HP_Tuners_Ken_RevX6\ | b#3 | 217,268 | 2/21/2006 10:54 |
| Can_USB_Cable_Ken.b#4 | F:\HP_Tuners_Ken_RevX6\ | b#4 | 216,884 | 2/21/2006 10:07 |
| Can_USB_Cable_Ken.b#5 | F:\HP_Tuners_Ken_RevX6\ | b#5 | 216,548 | 2/17/2006 12:37 |
| Can_USB_Cable_Ken.b#6 | F:\HP_Tuners_Ken_RevX6\ | b#6 | 215,732 | 2/17/2006 11:07 |
| Can_USB_Cable_Ken.b#7 | F:\HP_Tuners_Ken_RevX6\ | b#7 | 215,732 | 2/17/2006 11:07 |
| Can_USB_Cable_Ken.b#8 | F:\HP_Tuners_Ken_RevX6\ | b#8 | 216,860 | 2/17/2006 11:01 |
| Can_USB_Cable_Ken.b#9 | F:\HP_Tuners_Ken_RevX6\ | b#9 | 216,860 | 2/6/2006 18:56 |
| Can_USB_Cable_Ken.brd | F:\HP_Tuners_Ken_RevX6\ | brd | 217,340 | 2/24/2006 13:42 |
| Can_USB_Cable_Ken.erc | F:\HP_Tuners_Ken_RevX6\ | erc | 1,628 | 2/24/2006 13:36 |
| Can_USB_Cable_Ken.pro | F:\HP_Tuners_Ken_RevX6\ | pro | 671 | 2/24/2006 13:28 |
| Can_USB_Cable_Ken.s## | F:\HP_Tuners_Ken_RevX6\ | s## | 380,035 | 10/26/2005 6:22 |
| Can_USB_Cable_Ken.s#1 | F:\HP_Tuners_Ken_RevX6\ | s#1 | 385,616 | 2/17/2006 11:01 |

| | | | | |
|---|---|---|---|---|
| Can_USB_Cable_Ken.s#2 | F:\HP_Tuners_Ken_RevX6\ | s#2 | 385,592 | 2/6/2006 18:56 |
| Can_USB_Cable_Ken.s#3 | F:\HP_Tuners_Ken_RevX6\ | s#3 | 385,592 | 2/6/2006 18:56 |
| Can_USB_Cable_Ken.s#4 | F:\HP_Tuners_Ken_RevX6\ | s#4 | 385,592 | 2/6/2006 18:55 |
| Can_USB_Cable_Ken.s#5 | F:\HP_Tuners_Ken_RevX6\ | s#5 | 385,592 | 2/6/2006 18:54 |
| Can_USB_Cable_Ken.s#6 | F:\HP_Tuners_Ken_RevX6\ | s#6 | 385,592 | 2/6/2006 18:53 |
| Can_USB_Cable_Ken.s#7 | F:\HP_Tuners_Ken_RevX6\ | s#7 | 385,592 | 2/6/2006 18:53 |
| Can_USB_Cable_Ken.s#8 | F:\HP_Tuners_Ken_RevX6\ | s#8 | 385,496 | 2/6/2006 18:52 |
| Can_USB_Cable_Ken.s#9 | F:\HP_Tuners_Ken_RevX6\ | s#9 | 385,496 | 2/6/2006 18:38 |
| Can_USB_Cable_Ken.sch | F:\HP_Tuners_Ken_RevX6\ | sch | 385,688 | 2/24/2006 13:27 |
| Can_USB_Cable_Ken_netlist.txt | F:\HP_Tuners_Ken_RevX6\ | txt | 19,643 | 12/8/2005 19:16 |
| Can_USB_Cable_netlistRevX6.txt | F:\HP_Tuners_Ken_RevX6\ | txt | 41,146 | 2/8/2006 9:53 |
| eagle.epf | F:\HP_Tuners_Ken_RevX6\ | epf | 15,182 | 2/6/2006 12:42 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



| Name | | Subtree Percent... | Perce... | > Size | Items | Files | Subdirs | Last Change | Attri... |
|---|---|---|---|---|---|---|---|---|---|
| Lexar (F:) | | | [0:00 s] | 24.8 MB | 322 | 258 | 64 | 10/28/2016 4:00:2... | |
| 662X HDW 121 V120 | | | 74.3% | 18.5 MB | 291 | 230 | 61 | 5/27/2016 2:40:42 ... | |
| HP_Tuners_Ken_RevX6 | | | 25.7% | 6.4 MB | 27 | 27 | 0 | 5/27/2016 2:41:34 ... | |
| System Volume Information | | | 0.0% | 76 Bytes | 1 | 1 | 0 | 10/28/2016 4:00:2... | HS |

| Extensi... | Col... | Description | > Bytes | % By... |
|---|---|---|---|---|
| .bin | | BIN File | 7.7 MB | 31.2% |
| .tdt | | TDT File | 3.7 MB | 14.9% |
| .o | | O File | 1.5 MB | 6.2% |
| .map | | MAP File | 1.4 MB | 5.6% |
| .asm | | ASM File | 1003.5 ... | 3.9% |
| .dbg | | DBG File | 767.8 KB | 3.0% |
| .inc | | INC File | 692.4 KB | 2.7% |
| .abs | | ABS File | 468.2 KB | 1.8% |
| .lst | | LST File | 386.2 KB | 1.5% |
| .sch | | SCH File | 376.6 KB | 1.5% |
| .s#1 | | S#1 File | 376.6 KB | 1.5% |
| .s#2 | | S#2 File | 376.6 KB | 1.5% |
| .s#3 | | S#3 File | 376.6 KB | 1.5% |
| .s#4 | | S#4 File | 376.6 KB | 1.5% |
| .s#5 | | S#5 File | 376.6 KB | 1.5% |
| .s#6 | | S#6 File | 376.6 KB | 1.5% |
| .s#7 | | S#7 File | 376.6 KB | 1.5% |
| .s#8 | | S#8 File | 376.5 KB | 1.5% |