FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
Cecilia Lee, Esq.
Nevada Bar No. 3344
448 Ridge Street
Reno, Nevada 89501
Telephone:  775.324.1011
Email: efletcher@fletcherlawgroup.com
Email: clee@fletcherlawgroup.com

Attorneys for Plaintiff HP Tuners, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | Case No. 3:18-cv-00527-LRH-WGC |
| Plaintiff, | **NOTICE OF FIRM NAME CHANGE** |
| vs. | |
| KENNETH CANNATA, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that the law firm of Lee High, Ltd. has changed its name to FLETCHER & LEE effective June 15, 2021.  The firm address, telephone number and fax number remain the same; however, counsels' email addresses have changed.  Please update your records to reflect these changes.

FLETCHER & LEE
Elizabeth Fletcher, Esq. – efletcher@fletcherlawgroup.com
Cecilia Lee, Esq. – clee@fletcherlawgroup.com
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Facsimile: 775.499.5976

///

///

1

1     DATED this 15th day of June, 2021.

2                                      FLETCHER & LEE

3                                    /s/ Elizabeth Fletcher, Esq.

                                    ELIZABETH FLETCHER, ESQ.

4                                    CECILIA LEE, ESQ.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Local Rule IC 4-1, I certify under penalty of perjury that I am an employee of Fletcher & Lee, 448 Ridge Street, Reno, Nevada 89501, and that on June 15, 2021, I served the Notice of Firm Name Change via the Court's Notice of Electronic Filing to all those persons registered with the United States District Court to receive service electronically for the above-captioned matter.

DATED this 15th day of June, 2021.

/s/ Elizabeth Dendary, CP
ELIZABETH DENDARY, CP
Certified Paralegal