# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH CANNATA,<br><br>Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)**<br><br>**AND ORDER THEREON** |

Pursuant to Local Rule IA 6-1, Plaintiff HP Tuners, LLC ("HP Tuners" or "Plaintiff") and Defendant Kenneth Cannata ("Cannata" or "Defendant") (together, the "parties"), by and through their respective counsel, hereby stipulate to extend the briefing deadlines set forth by Local Rule 7-2(b) for Plaintiff's Motion for Summary Judgment on Counts I, II, IV, VI, VII, X and XII of the Complaint and Supporting Memorandum of Points and Authorities, ECF No. 119, and Defendant Kenneth Cannata's Motion for Partial Summary Judgment, ECF No. 124, each filed on June 30, 2021 (collectively, the "Motions for Summary Judgment"). This is the first stipulation for extension of time to file responses and replies to the Motions for Summary Judgment.

Pursuant to Local Rule 7-2(b), the responses to the Motions for Summary Judgment are due on July 21, 2021 and the replies are due fourteen (14) days thereafter. Given the July 4 holiday, existing deadlines in other matters, and some personal conflicts due to summer vacations, the

parties stipulate to extend the time to file responses until August 4, 2021, and the time to file replies until August 25, 2021.  The parties stipulate to these extended deadlines in good faith and not for the purposes of delay.

DATED this 1st day of July, 2021.

| | |
|---|---|
| FLETCHER & LEE | SHEA LARSEN |
| /s/ Cecilia Lee, Esq.<br>CECILIA LEE, ESQ.<br>ELIZABETH HIGH, ESQ. | /s/ Bart Larsen, Esq.<br>BART LARSEN, ESQ.<br>Attorney for Defendant, Kenneth Cannata |

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC

IT IS SO ORDERED.

DATED this 2nd day of July, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE