```
MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail:  andrew@marksklein.com

FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
Cecilia Lee, Esq.
Nevada Bar No. 3344
448 Ridge Street
Reno, Nevada 89501
Telephone:  775.324.1011
Email: efletcher@fletcherlawgroup.com
Email: clee@fletcherlawgroup.com
```

Attorneys for Plaintiff HP Tuners, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KENNETH CANNATA,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**STIPULATION TO STAY BRIEFING SCHEDULE REGARDING HP TUNERS, LLC'S MOTION FOR ATTORNEY'S FEES CORRESPONDING TO SANCTIONS ORDER (ECF No. 141)**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff HP Tuners, LLC ("HP Tuners" or "Plaintiff") and Defendant Kenneth Cannata ("Cannata" or "Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to stay the briefing deadlines set forth in the Court's Order (ECF No. 141) entered on July 26, 2021 (the "Sanctions Order").  This is the first stipulation to stay the briefing deadline set forth in the Sanctions Order.

In the Sanctions Order, the Court granted in part and denied in part HP Tuners' Motion for Sanctions against Defendant Kenneth Cannata. ECF Nos. 110, 141. The Court ordered HP Tuners to file a motion for attorney's fees by August 29, 2021. ECF No. 141, p. 13. The Court further ordered Cannata to file his response by September 2, 2021, and HP Tuners to file its reply by September 13, 2021. Id.

The parties have filed cross-motions for summary judgment. ECF Nos. 119 and 124. HP Tuners' motion for summary judgment and its Complaint seek attorney's fees and costs. See ECF Nos. 1 and 119. Given that HP Tuners' claims include attorney's fees and further that it intends to re-file its motion for sanctions on the issues which were denied without prejudice as premature, HP Tuners anticipates having to file another motion for attorney's fees and costs in the event it prevails on its motion for summary judgment, the claims in its Complaint or the anticipated re-filed motion for sanctions. It is further likely that fees awarded in connection with this current petition for fees would not be payable until the conclusion of this matter.

As such, the parties have agreed – subject to this Court's approval of this Stipulation – to stay the briefing deadlines for the motion for attorney's fees as outlined in the Sanctions Order and seek the Court's approval of this Stipulation. HP Tuners submits that it shall brief the issue of the fees awarded pursuant to ECF No. 141 once it is determined whether HP Tuners is entitled to an award of fees in connection with its motion for summary judgment, the claims asserted or its anticipated re-filed motion for sanctions. Suspension and postponement of briefing of the fees issue at this time will potentially avoid duplicative work and HP Tuners respectfully submits such stay and continuance is an efficient use of the parties' and judicial resources. The parties stipulate to these extended deadlines in good faith and not for the purposes of delay until further order of the Court.

DATED this 26th day of August, 2021.

| FLETCHER & LEE | SHEA LARSEN |
|---|---|
| /s/ Elizabeth Fletcher, Esq. | /s/ Bart Larsen, Esq. |
| ELIZABETH FLETCHER, ESQ. | BART LARSEN, ESQ. |
| CECILIA LEE, ESQ. | Attorney for Defendant, Kenneth Cannata |

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC




IT IS SO ORDERED.

_____        DATED: _____
HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE