AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

HP TUNERS, LLC,

           Plaintiff,

v.

KENNETH CANNATA,

           Defendant.

JUDGMENT

Case Number: 3:18-cv-00527-LRH-WGC

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered February 24, 2022 (ECF No. [157])  the parties competing motions for partial summary judgment (ECF Nos. 119, 124, 128-s) are **GRANTED in part and DENIED** as to the specific causes of action as detailed therein (ECF No. 157).
     **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.

Date: February 24, 2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk