UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HP TUNERS, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KENNETH CANNATA,<br><br>　　　　　　　　　Defendant. | Case No. 3:18-cv-00527-LRH-CSD<br><br>MINUTE ORDER<br><br>FEBRUARY 25, 2022 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

　　On February 24, 2022, the Court entered its order resolving simultaneous motions for summary judgment (ECF No. 157). LR 26-1(b)(5) requires the parties to file the joint pretrial order 30 days after decision on the dispositive motions or further court order. Accordingly,

　　**IT IS ORDERED** that the parties shall file the joint pretrial order on or before March 28, 2022.

　　**IT IS FURTHER ORDERED** that this matter is referred to U.S. Magistrate Craig S. Denney for the purpose of conducting a settlement conference. The parties shall contact Courtroom Administrator Karen Walker, Karen_Walker@nvd.uscourts.gov for available settlement conference dates on or before March 28, 2022.

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　By: _____/s/_____

　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk