**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HP TUNERS, LLC, | ) | 3:18-cv-00527-LRH-CSD |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 7, 2022 |
| KENNETH CANNATA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE CRAIG S. DENNEY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

  In light of the court's order scheduling the settlement conference for Friday, April 8, 2022 (ECF No. 160), the parties' Joint Pretrial Order shall be filed on or before **Monday, May 9, 2022**.

  **IT IS SO ORDERED.**

         DEBRA K. KEMPI, CLERK

         By: _____<u>/s/</u>_____.
            Deputy Clerk