MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail:  andrew@marksklein.com

FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
Cecilia Lee, Esq.
Nevada Bar No. 3344
448 Ridge Street
Reno, Nevada 89501
Telephone:  775.324.1011
Email: efletcher@fletcherlawgroup.com
Email: clee@fletcherlawgroup.com

Attorneys for Plaintiff HP Tuners, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>                        Plaintiff,<br><br>    vs.<br><br>KENNETH CANNATA,<br><br>                        Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

　　　　Pursuant to Local Rule IA 6-1, Plaintiff HP Tuners, LLC ("HP Tuners" or "Plaintiff") and Defendant Kenneth Cannata ("Cannata" or "Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for the parties to file the Joint Pretrial Order, currently set for June 8, 2022, to June 30, 2022.  This is the parties' first request.

　　　　1.　　In the Court's Minute Order entered February 25, 2022, the Court noted that it had entered its Order resolving the simultaneous motions for summary judgment and, pursuant to LR

1. 26-1(b)(5), ordered the parties to file the Joint Pretrial Order on or before March 28, 2022. Docket No. 159.

2. In the Court's <u>Minutes of the Court</u>, the Court extended the deadline for the Parties to file the Joint Pretrial Order to May 9, 2022 in light of the Court's order scheduling the settlement conference for April 8, 2022. Docket No. 161.

3. In the <u>Minutes of Proceedings</u>, the Court continued the settlement conference to May 9, 2022, and extended the deadline for the parties to file the Joint Pretrial Order to June 8, 2022. Docket No. 166.

4. The Parties attended the Video Continued Settlement Conference on May 9, 2022 and did not reach a settlement. <u>Minutes of Proceedings</u>, Docket No. 167. The Court reminded the parties of the deadline to file the Joint Pretrial Order by June 8, 2022. <u>Id</u>.

5. The parties have agreed – subject to this Court's approval of this Stipulation – to extend the deadline to file the Joint Pretrial Order from June 8, 2022 to June 30, 2022. The parties stipulate to this extended deadline in good faith and not for the purposes of delay.

DATED this 9th day of May, 2022.

FLETCHER & LEE

/s/ Elizabeth Fletcher, Esq.
ELIZABETH FLETCHER, ESQ.
CECILIA LEE, ESQ.

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC

SHEA LARSEN

/s/ Bart Larsen, Esq.
BART LARSEN, ESQ.
Attorney for Defendant, Kenneth Cannata

IT IS SO ORDERED.

_____                    DATED: _____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE