UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>     vs.<br><br>KENNETH CANNATA,<br><br>           Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff HP Tuners, LLC ("HP Tuners" or "Plaintiff") and Defendant Kenneth Cannata ("Cannata" or "Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for the parties to file the Joint Pretrial Order, currently set for June 8, 2022, to June 30, 2022.  This is the parties' first request.

1.     In the Court's Minute Order entered February 25, 2022, the Court noted that it had entered its Order resolving the simultaneous motions for summary judgment and, pursuant to LR

26-1(b)(5), ordered the parties to file the Joint Pretrial Order on or before March 28, 2022. Docket No. 159.

2. In the Court's <u>Minutes of the Court</u>, the Court extended the deadline for the Parties to file the Joint Pretrial Order to May 9, 2022 in light of the Court's order scheduling the settlement conference for April 8, 2022. Docket No. 161.

3. In the <u>Minutes of Proceedings</u>, the Court continued the settlement conference to May 9, 2022, and extended the deadline for the parties to file the Joint Pretrial Order to June 8, 2022. Docket No. 166.

4. The Parties attended the Video Continued Settlement Conference on May 9, 2022 and did not reach a settlement. <u>Minutes of Proceedings</u>, Docket No. 167. The Court reminded the parties of the deadline to file the Joint Pretrial Order by June 8, 2022. <u>Id</u>.

5. The parties have agreed – subject to this Court's approval of this Stipulation – to extend the deadline to file the Joint Pretrial Order from June 8, 2022 to June 30, 2022. The parties stipulate to this extended deadline in good faith and not for the purposes of delay.

DATED this 9th day of May, 2022.

| | |
|---|---|
| FLETCHER & LEE | SHEA LARSEN |
| /s/ Elizabeth Fletcher, Esq. | /s/ Bart Larsen, Esq. |
| ELIZABETH FLETCHER, ESQ. | BART LARSEN, ESQ. |
| CECILIA LEE, ESQ. | Attorney for Defendant, Kenneth Cannata |
| | |
| MARKS & KLEIN | |
| /s/ Andrew P. Bleiman, Esq. | |
| ANDREW P. BLEIMAN, ESQ. | |
| Attorneys for Plaintiff HP Tuners, LLC | |

IT IS SO ORDERED.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: May 11, 2022.