MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail:  andrew@marksklein.com

FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
Cecilia Lee, Esq.
Nevada Bar No. 3344
448 Ridge Street
Reno, Nevada 89501
Telephone:  775.324.1011
Email: efletcher@fletcherlawgroup.com
Email: clee@fletcherlawgroup.com

Attorneys for Plaintiff HP Tuners, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>        vs.<br><br>KENNETH CANNATA,<br><br>                    Defendant. | Case No. 3:18-cv-00527-LRH-WGC<br><br>**STIPULATION TO WITHDRAW JURY DEMANDS AND TO PROCEED BY BENCH TRIAL** |

Pursuant to Fed. R. Civ. P. 38(d), Plaintiff HP Tuners, LLC ("HP Tuners" or "Plaintiff") and Defendant Kenneth Cannata ("Cannata" or "Defendant") (together, the "Parties"), by and through their respective counsel, hereby file this Stipulation to Withdraw Jury Demands and to Proceed by Bench Trial.

1.      In its Complaint for Injunctive Relief and Damages, Plaintiff demanded a jury trial consistent with Fed. R. Civ. P. 38(b) and LR 38-1.  Docket No. 1.

2.      In his <u>Answer to Complaint for Injunctive Relief and Damages</u>, Defendant demanded a jury trial pursuant to Fed. R. Civ. P. 38(b).  Docket No. 45.

3.      In the <u>Joint Pretrial Order</u>, the parties informed the Court of their intention to stipulate to waive their respective requests for a trial by jury in this matter and to proceed with a bench trial.  Docket No. 171, p. 19, ll. 13-14.

4.      Pursuant to Fed. R. Civ. P. 38(d), the Parties hereby withdraw their respective demands to proceed with trial by jury in this matter.

5.      The Parties further stipulate and consent to proceed with a bench trial.

DATED this 9th day of December, 2022.

FLETCHER & LEE                                SHEA LARSEN

/s/ Elizabeth Fletcher, Esq.                      /s/ Bart Larsen, Esq.
ELIZABETH FLETCHER, ESQ.              BART LARSEN, ESQ.
CECILIA LEE, ESQ.                             Attorney for Defendant, Kenneth Cannata

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC


IT IS SO ORDERED.

_____          DATED: _____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2