1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**

14

**DISTRICT OF NEVADA**

15

16

HP TUNERS, LLC, a Nevada limited liability company,

17

                    Plaintiff,

18

        vs.

19

KENNETH CANNATA,

20

                    Defendant.

21

Case No. 3:18-cv-00527-LRH-WGC

**ORDER GRANTING STIPULATION TO WITHDRAW JURY DEMANDS AND TO PROCEED BY BENCH TRIAL**

22      Pursuant to Fed. R. Civ. P. 38(d), Plaintiff HP Tuners, LLC ("HP Tuners" or "Plaintiff")

23   and Defendant Kenneth Cannata ("Cannata" or "Defendant") (together, the "Parties"), by and

24   through their respective counsel, hereby file this Stipulation to Withdraw Jury Demands and to

25   Proceed by Bench Trial.

26      1.      In its Complaint for Injunctive Relief and Damages, Plaintiff demanded a jury trial

27   consistent with Fed. R. Civ. P. 38(b) and LR 38-1.  Docket No. 1.

1

2.     In his <u>Answer to Complaint for Injunctive Relief and Damages</u>, Defendant demanded a jury trial pursuant to Fed. R. Civ. P. 38(b).  Docket No. 45.

3.     In the <u>Joint Pretrial Order</u>, the parties informed the Court of their intention to stipulate to waive their respective requests for a trial by jury in this matter and to proceed with a bench trial.  Docket No. 171, p. 19, ll. 13-14.

4.     Pursuant to Fed. R. Civ. P. 38(d), the Parties hereby withdraw their respective demands to proceed with trial by jury in this matter.

5.     The Parties further stipulate and consent to proceed with a bench trial.

DATED this 9th day of December, 2022.

FLETCHER & LEE

/s/ Elizabeth Fletcher, Esq.
ELIZABETH FLETCHER, ESQ.
CECILIA LEE, ESQ.

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC

SHEA LARSEN

/s/ Bart Larsen, Esq.
BART LARSEN, ESQ.
Attorney for Defendant, Kenneth Cannata

IT IS SO ORDERED.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:   December 12, 2022

2