# EXHIBIT A

to <u>Motion to Bar Testimony and Report of Jeremiah Grant</u>

**Expert Witness Rebuttal Report submitted by Jeremiah Grant, MBA, CVA, CLCS submitted January 8, 2021**

<u>**FILED UNDER SEAL**</u>