# EXHIBIT B

to <u>Motion to Bar Testimony and Report of Jeremiah Grant</u>

Transcript of the Zoom Deposition of Jeremiah Grant dated March 18, 2021

<u>**FILED UNDER SEAL**</u>