# EXHIBIT A

# Filed Under Seal

Keith Prociuk Transcript from Washington Case