MARKS & KLEIN LLC
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Email: efletcher@fletcherlawgroup.com

Attorneys for Plaintiff HP Tuners, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>     vs.<br><br>KENNETH CANNATA,<br><br>           Defendant. | Case No. 3:18-cv-00527-LRH-CSD<br><br>**PLAINTIFF HP TUNERS, LLC'S EXHIBIT LIST** |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 1 | By Stipulation | Complaint for Injunctive Relief and Damages with All Attachments – Dkt 1<br>1_Complaint.pdf |
| | | 2 | By Stipulation | Cannata Answer to Complaint<br>2_Answer.pdf |
| | | 3 | By Stipulation | HPT First Requests for Admission to Defendant<br>3_Requests for Admission.pdf |

PLAINTIFF HP TUNERS, LLC'S EXHIBIT LIST - Page 1

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 4 | By Stipulation | Cannata 1st Supp Resp to Requests for Admission<br>4_1st Supp Response to Requests for Admission.pdf |
| | | 5 | By Stipulation | Cannata 2nd Supp Responses to Interrogatories<br>5_2nd Supp Response to Interrogatories.pdf |
| | | 6 | By Stipulation | Cannata 2nd Supp Responses to Requests for Production<br>6_2nd Supp Response to Requests for Production.pdf |
| | | 7 | By Stipulation | Cannata Declaration – Dkt 68<br>7_Cannata Declaration 8-20-18.pdf |
| | | 8 | By Stipulation | Cannata Declaration – Dkt 87<br>8_Cannata Declaration 12-15-20.pdf |
| | | 9 | By Stipulation | 2004-03 HP Tuners Operating Agreement<br>9_HP Tuners Operating Agreement.pdf |
| | | 10 | By Stipulation | 2004-09-17 Operating Agreement Amendment<br>10_Operating Agreement Amendment.pdf |
| | | 11 | By Stipulation | 2008-03 Buy Sell Agreement<br>11_Buy Sell Agreement.pdf |
| | | 12 | By Stipulation | 2015-07-20 Buy Sell Agreement-First Amendment<br>12_Buy Sell Agreement First Amendment.pdf |
| | | 13 | | INTENTIONALLY OMITTED |
| | | 14 | | 2016-03-23 Email Communications and NDA (Sykes-Bonnett/Martinson/Cannata)<br>14_3-23-2016 email and NDA.pdf |
| | | 15 | | 2016-04-08 Fhptuners@yahoo.com/Cannata email communications<br>15_4-8-2016 email.pdf |
| | | 16 | | 2016-04-08Fhptuners@yahoo.com/Cannata email communications<br>16_4-8-2016 email 2.pdf |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 16A | | 2016-04-08 email attachment (HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY)<br>16-a_4-8-2016 email 2 attachments (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 17 | | 2016-04-10 Fhptuners@yahoo.com/Cannata email communications<br>17_4-10-2016 email.pdf |
| | | 18 | | 2016-04-15 Fhptuners@yahoo.com/Cannata email communications<br>18_4-15-2016 email.pdf |
| | | 19 | | 2016-05-06 Fhptuners@yahoo.com/Cannata email communications<br>19_5-6-2016 email.pdf |
| | | 20 | | 2016-05-10 Fhptuners@yahoo.com/Cannata email communications<br>20_5-10-2016 email.pdf |
| | | 21 | | 2016-05-20 Fhptuners@yahoo.com/Cannata email communications<br>21_5-20-2016 email.pdf |
| | | 22 | | 2016-06-17 Fhptuners@yahoo.com/Cannata email communications (HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY)<br>22_6-17-2016 email (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 23 | | 2016-10-16Fhptuners@yahoo.com/Cannata email communications<br>23_10-16-2016 email.pdf |
| | | 24 | By Stipulation | 2016-10-20 HPT Membership Interest Purchase Agreement<br>24_Membership Interest Purchase Agreement.pdf |
| | | 25 | By Stipulation | 2016-10-20 HPT Assignment Agreement<br>25_Assignment Agreement.pdf |

PLAINTIFF HP TUNERS, LLC'S EXHIBIT LIST - Page 3

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 26 | By Stipulation | 2016-10-20 PPC Membership Interest Purchase Agreement<br>26_PPC Membership Interest Purchase Agreement.pdf |
| | | 27 | By Stipulation | 2016-10-20 PPC Assignment Agreement<br>27_PPC Assignment Agreement.pdf |
| | | 28 | | 2016-11-10 Fhptuners@yahoo.com/Cannata email communications<br>28_11-10-2016 email.pdf |
| | | 29 | | 2016-11-12Fhptuners@yahoo.com/Cannata email communications<br>29_11-12-2016 email.pdf |
| | | 30 | | 2017-01-09_Fhptuners@yahoo.com/Cannata email communications<br>30_1-9-2017 email.pdf |
| | | 30A | | 1_9_2017 email attachment AppKey.xls (HIGHLY CONFIDENTIAL - AEO)<br>30-A_AppKey_xls (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 30B | | AppKey License Slot tab - HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY<br>30-B_AppKey License Slot tab (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 30C | | AppKey Ver 0 Tab - HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY<br>30-C_AppKey Ver 0 Tab (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 30D | | 2017-01-09 email attachment Interface Reprogramming (HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY)<br>30-D_Interface Reprogramming (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 31 | | E38 ECM_TCM Programming Harness<br>31_E38 ECM-TCM Programming Harness.pdf |

PLAINTIFF HP TUNERS, LLC'S EXHIBIT LIST - Page 4

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 32 | | e38benchtop-2T<br>32_e38benchtop-2T.pdf |
| | | 33 | | Bench Harness drawing<br>33_Bench Harness drawing.pdf |
| | | 34 | | Messages Ken Cannata S5 ken only.xlsx<br>34_Messages Ken Cannata S5 ken only.pdf |
| | | 35 | | Call Log Ken Cannata S5 ken only.csv<br>35_Call Log Ken Cannata S5 ken only.pdf |
| | | 36 | | Text Ken Cannata S7 ken only.xlsx<br>36_Text Ken Cannata S7 ken only.pdf |
| | | 37 | | Call Log Ken Cannata S7 ken only.csv<br>37_Call Log Ken Cannata S7 ken only.pdf |
| | | 38 | | Cannata-Sykes Bonnett Text Messages - HPT-KC000002-235<br>38_Cannata Sykes-Bonnett Text Messages.pdf |
| | | 39 | | Cannata-Sykes Bonnett Text Messages - HPT-KC000236<br>39_Cannata Sykes-Bonnett Text Messages.pdf |
| | | 40 | | KSB - KC Additional Text Messages - HPT-KC002563-2583<br>40_KSB – KC Additional Test Messages.pdf |
| | | 41 | | KSB - KC Additional Text Messages - HPT-KC002584<br>41_KSB – KC Additional Text Messages 2.pdf |
| | | 42 | | PayPal Lani Carney - HPT-SET000300-303<br>42_PayPal Lani Carney.pdf |
| | | 43 | | Facebook Posts/Messages - HPT-SET000305-310<br>43_Facebook Posts HPT-SET000305-310.pdf |
| | | 44 | | Facebook Post/Message - HPT-SET000351<br>44_Facebook Post HPT-SET000351.pdf |
| | | 45 | | Facebook Post/Message - HPT-SET000352<br>45_Facebook Post HPT-SET000352.pdf |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 46 | | Facebook Post/Message - HPT-SET000354<br>46_Facebook Post HPT-SET000354.pdf |
| | | 47 | | Screenshot - HPT-SET000373<br>47_Screenshot HPT-SET000373.pdf |
| | | 48 | | Screenshot - HPT-SET000374<br>48_Screenshot HPT-SET000374.pdf |
| | | 49 | | Screenshot - HPT-SET000375<br>49_Screenshot HPT-SET000375.pdf |
| | | 50 | | Ken Distributions March 1 2016 Oct 20 2016<br>50_Ken Distributions March 1 2016 Oct 20 2016.pdf |
| | | 51 | | Payment Records<br>51_Payment Records.pdf |
| | | 52 | | Subpoena Response Fhptuners – HPT-KC002602-2606<br>52_Subpoena Response Fhptuners.pdf |
| | | 53 | | Yahoo Inbox Overview – HPT-KC000613<br>53_Yahoo_Inbox_Overview.pdf |
| | | 54 | | 2017-01-30 Email Communications – SYK0001415<br>54_2017-01-30 Email Communication.pdf |
| | | 55 | | 2017-01-30 Syked Tuning Software Shares Purchase Agreement – SYK000365-368<br>55_2017-01-30 Syked Tuning Software Shares Purchase Agreement.pdf |
| | | 56 | | 2017-03-15 Syked ECU Buy-Sell Agreement – SYK0002019-2036<br>56_2017-03-15 Syked ECU Buy-Sell Agreement.pdf |
| | | 57 | | 2017-10-28 Email Communications (Martinson/Cannata) – Bobbie Cannata Deposition Ex. 66<br>57_2017-10-28 Email Communications.pdf |
| | | 58 | | 2018-02-02 Email Communications (Martinson/Cannata) – Bobbie Cannata Deposition Ex. 70<br>58_2018-02-02 Email Communications.pdf |

PLAINTIFF HP TUNERS, LLC'S EXHIBIT LIST - Page 6

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 59 | | 2018-02-23 Email Communications (Martinson/Cannata) – SYK0001701<br>59_2018-02-23 Email Communications.pdf |
| | | 60 | | 2017-10-13 – Email Communications (Martinson/Cannata) – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY<br>60_2017-10-13 Email Communications (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 61 | | Screenshot-Firmware Builder – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – Email Communications<br>61_Screenshot-Firmware Builder (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 62 | | 2017-11-08 Email Communications (Martinson/Cannata) – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY<br>62_2017-11-08 Email Communications (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 63 | | Cable Responses Screen – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY<br>63_Cable Responses Screen (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 64 | | 2017-12-21 – Email Communications (Martinson/Cannata) – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY<br>64_2017-12-21 Email Communications (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 65 | | Email Communications (Martinson/Sykes-Bonnett/Cannata) – SYK0004032<br>65_2017-01-25 Email Communications.pdf |
| | | 66 | | Draft Buy Sell - SYK0001927-37<br>66_Draft Buy Sell.pdf |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 67 | | Email Communications (Martinson/Sykes-Bonnett/Cannata) – SYK0004036-62<br>67_2017-03-10 Email Communications.pdf |
| | | 68 | | Email Communications (Martinson/Sykes-Bonnett/Cannata) – SYK0004064-95<br>68_2017-04-01 Email Communications.pdf |
| | | 69 | | 16-03-31 March 31, 2016 Balance Sheet – HPT-KC000551-553<br>69_16-03-31 March 31, 2016 Balance Sheet.pdf |
| | | 70 | | December 2015 Book Value – HPT-KC002617-18<br>70_December 2015 Book Value.pdf |
| | | 71 | | Cannata-Sykes Bonnett - Text Messages<br>71_KC KSB Text Messages.pdf |
| | | 72 | | 2017-11-09 Communication - Syked ECU Tuning to Cannata – CAN000025<br>72_2017-11-09 Communication – Syked ECU to Cannata (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 73 | | 2017-12-21 Communication - Cannata to John Martinson – CAN000066<br>73_2017-12-21 Martinson-KC Email (HIGHLY CONFIDENTIAL – AEO).pdf |
| | | 74 | | Arrowfish Rebuttal Report 01082021.pdf<br>74_Arrowfish Rebuttal Report 01082021.pdf |
| | | 75 | | 75_SSVS, Appendix B, Glossary of International Business Terms[3].pdf |
| | | 76 | | HP Tuners v. Kenneth Cannata Expert Report of John Bone 11.20.2020.pdf<br>76_Expert Report of John Bone 11-20-2020.pdf |
| | | 77 | | 77_Gianturco Expert Report.pdf |
| | | 78 | | Groves_Report_2002083_11-20-2020.pdf<br>78_Groves Report 11-20-2020.pdf |

PLAINTIFF HP TUNERS, LLC'S EXHIBIT LIST - Page 8

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 79 | | CW_Assembler_Manual HC12_RM_3_22_2021.pdf<br>79_CW Assembler HC12 RM 3-22-2021.pdf |
| | | 80 | | 80_P35.pdf |
| | | 81 | | 2005-08-31 Superchips HPT Jt Dev Agmt EXECUTION COPY – HPT-KC000382-94<br>81_05-08-31 Superchips HPT Jt Dev Agmt EXECUTION COPY.pdf |
| | | 82 | | MC9S12DP256B Device User Guide V02.15<br>82_MC9S12DP256B Devise User Guide V02-15.pdf |
| | | 83 | | S12MSCANV2 Chapter 1 - Freescale's Scalable Controller Area Network - MSCAN Block Guide<br>83_S12MSCANV2 Chapter 1.pdf |
| | | 84 | | Excerpts from code with whitespace<br>84_Excerpts from code with whitespace.pdf |
| | | 85 | | 2018-02-02 Email Communications (Martinson/Cannata) – Bobbie Cannata Deposition Ex. 69<br>85_2018-02-02 Email Communications.pdf |
| | | 86 | | 2019-03-11 Communication and production – Bobbie Cannata Deposition Ex. 67<br>86_2019-03-11 Communication and production.pdf |
| | | 87 | By Stipulation | Cannata's First Amended Answer to Complaint<br>87_Cannata's First Amended Answer to Complaint.pdf |
| | | 88 | By Stipulation | Cannata's Second Supplemental Responses to HP Tuners' First Set of Requests for Admissions<br>88_Cannata's 2nd Supp Reponses to RFAs.pdf |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 89 | By Stipulation | Cannata's Third Supplemental Answers to HP Tuners' First Set of Interrogatories<br>89_2021-05-26 3rd Supp Answers to Interrogatories.odf |
| | | 90 | By Stipulation | Cannata's First Supplemental Interrogatory Responses with Signed Verification<br>90_Cannata's 1st Supp Responses to Interrogatories with Signed Verification.pdf |
| | | 91 | By Stipulation | Cannata's First Supplemental Interrogatory Responses with Signed Verification<br>91_Cannata's 2nd Supp Responses to Interrogatories with Signed Verification.pdf |
| | | 92 | | 2016-08-05 Email with Draft MIPA<br>92_2016-08-05 Email with Draft MIPA.pdf |
| | | 93 | | 2016-09-02 Email with Draft MIPA (Clean and Redline)<br>93_2016-09-02 Email with Draft MIPA Clean and Redline.pdf |
| | | 94 | | 2016-09-19 Email with Draft MIPA (Clean and Redline)<br>94_2016-09-19 Email with Draft MIPA Clean and Redline.pdf |
| | | 95 | | 2016-10-08 Email with Draft MIPA<br>95_2016-10-08 Email with Draft MIPA.pdf |
| | | 96 | | KSB/CBJ Facebook Messenger Communications – Sykes-Bonnett Deposition Ex. 79<br>96_2016-10-17 KSB-CBJ Facebook Communications.pdf |
| | | 97 | | KSB/CBJ Facebook Messenger Communications – Sykes-Bonnett Deposition Ex. 80<br>97_2016-12-26 KSB-CBJ Facebook Communications.pdf |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 98 | | KSB/CBJ Facebook Messenger Communications – Sykes-Bonnett Deposition Ex. 91<br>98_2017-01-10 KSB-CBJ Facebook Communications.pdf |
| | | 99 | | KSB/CBJ Facebook Messenger Communications – Sykes-Bonnett Deposition Ex. 92<br>99_2017-01-19 KSB-CBJ Facebook Communications.pdf |
| | | 100 | | |
| | | 101 | | |
| | | 102 | | |
| | | 103 | | |
| | | 104 | | |
| | | 105 | | |

Dated this 23rd day of January, 2023.

Respectfully submitted,

MARKS & KLEIN LLC

/s/ Andrew P. Bleiman, Esq.
Andrew P. Bleiman, Esq.

FLETCHER & LEE

/s/ Elizabeth Fletcher, Esq.
Elizabeth Fletcher, Esq.

Attorneys for HP Tuners, LLC

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of FLETCHER & LEE, 448 Ridge Street, Reno, Nevada 89501, and that on January 23, 2023, I served copies of **PLAINTIFF HP TUNERS, LLC'S EXHIBIT LIST** via the Court's Notice of Electronic Filing to all those persons listed on the United States District Court CM/ECF Confirmation Sheet.

DATED this 23rd day of January, 2023.

/s/ Elizabeth Dendary, CP
ELIZABETH DENDARY, CP
Certified Paralegal