Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Eq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
E-Mail: blarsen@shea.law
       kwyant@shea.law

*Attorneys for Defendant
KENNETH CANNATA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH CANNATA,<br><br>Defendant. | Case No. 3:18-cv-00527-LRH-CSD<br><br>**DEFENDANT KENNETH CANNATA'S EXHIBIT LIST** |

**Defendant Kenneth Cannata's Exhibits:**[1]

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 500 | | VCM Suite Supported Vehicle List as of April 2014 |
| | | 501 | | Kaye Scholer Letter to Cannata dated January 21, 2016 |
| | | 502 | | Kolesar & Leatham Letter dated February 9, 2016 |
| | | 503 | | Hilco Valuation Report for HPT |
| | | 504 | | Email chain dated September 23, 2016 – CAN000680 - 681 |
| | | 505 | | HPT Management Meeting Minutes from June 3, 2015 |

---

[1] Per the Court's instructions, Cannata does not include any duplicates already contained in Plaintiff HPT's Exhibits.

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 506 | | HPT's Initial Disclosures dated March 1, 2019 |
| | | 507 | | HPT's Responses to Cannata's First Set of Interrogatories |
| | | 508 | | HPT's Responses to Cannata's Second Set of Interrogatories |
| | | 509 | | HPT's Supplemental Responses to Cannata's Second Set of Interrogatories |
| | | 510 | | Email chain dated November 18, 2016 |
| | | 511 | | HPT's Responses to Cannata's First Set of Requests for Production of Documents |
| | | 512 | | HPT's Responses to Cannata's Second Set of Requests for Production of Documents |
| | | 513 | | March 5, 2021 correspondence requesting supplemental discovery |
| | | 514 | | Email Chain dated February 11, 2016 – CAN 000622 - 625 |
| | | 515 | | Email chain dated February 12, 2016 - CAN000628-630 |
| | | 516 | | February 25, 2016 letter to HPT and related email – CAN000638 |
| | | 517 | | February 26, 2016 email chain – CAN000640 - 641 |
| | | 518 | | May 9 and 10, 2016 email chain – CAN000644 - 647 |
| | | 519 | | May 27, 2016 email chain – CAN000652 - 653 |
| | | 520 | | May 30, 2016 email chain – CAN000654 |
| | | 521 | | October 27, 2016 email chain – CAN000771 - 772 |
| | | 522 | | October 28, 2016 email chain – CAN000790 - 799 |
| | | 523 | | October 28, 2016 email chain – CAN000817 - 822 |
| | | 524 | | November 1, 2016 email chain CAN000853 - 856 |
| | | 525 | | November 14, 2016 email chain – CAN000873 - 876 |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 526 | | December 2, 2016 email – CAN000890 |
| | | 527 | | HPT's tax returns for 2014 |
| | | 528 | | HPT's tax returns for 2013 |
| | | 529 | | June 14, 2019 email -HPT – KC00001 |
| | | 530 | | Chat logs – HPT-KC00006 - 000050 |
| | | 531 | | Screenshot – HPT – SET000130 |
| | | 532 | | Screenshot – HPT – SET000304 |
| | | 533 | | May 31, 2018 email chain – HPT – SET000497 - 507 |
| | | 534 | | August 3, 2018 email chain – HPT SET 001022 - 1864 |
| | | 535 | | January 23, 2018 email chain – HPTSET 000116 - 129 |
| | | 536 | | Chat log – HPTSET 000156 - 296 |
| | | 537 | | Superchips HPT Agreement – HPT-KC000348 - 381 |
| | | 538 | | Settlement Agreement with Superchips – HPT-KC000395 - 401 |
| | | 539 | | January 6, 2015 HPT meeting minutes – HPT-KC000414 - 420 |
| | | 540 | | July 1, 2015 HPT meeting minutes – HPT-KC000475 - 476 |
| | | 541 | | August 31, 2015 HPT meeting minutes – HPT-KC000495 - 501 |
| | | 542 | | Written Consent of Members – HPT-KC000513 - 514 |
| | | 543 | | Written Consent of Members dated March 25, 2004 |
| | | 544 | | HPT Chris Piastri employment letter |
| | | 545 | | HPT Keith Prociuk employment letter |
| | | 546 | | January 15, 2016 email regarding employment letters and member resolutions – HPT – KC000531 |
| | | 547 | | January 15, 2016 email from Piastri regarding employment letter – HPT-KC000538 |
| | | 548 | | HPT Balance Sheet as of March 31, 2016 – HPT-KC000551 |
| | | 549 | | HPT P/L Sheet for 2008 – CAN000891-893 |

| | Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | 550 | | Images for emails between Cannata and Sykes-Bonnett for 2015 |
| 3 | | | 551 | | Key Person Strategy – CAN000894 |
| 4 | | | 552 | | January 8, 2016 email regarding bank account – HPT-KC000525 - 527 |
| 5 | | | 553 | | Emails between Prociuk and Milliken – HPT-SET000116 - 129 |
| 6 | | | 554 | | |
| 7 | | | 555 | | |
| | | | 556 | | |
| 8 | | | 557 | | |
| 9 | | | 558 | | |
| | | | 559 | | |
| 10 | | | 560 | | |
| 11 | | | 561 | | |
| | | | 562 | | |
| 12 | | | 563 | | |
| | | | 564 | | |
| 13 | | | 565 | | |
| | | | 566 | | |
| 14 | | | 567 | | |
| 15 | | | 568 | | |
| | | | 569 | | |
| 16 | | | 570 | | |
| | | | 571 | | |
| 17 | | | 572 | | |
| | | | 573 | | |
| 18 | | | 574 | | |
| 19 | | | 575 | | |
| | | | 576 | | |
| 20 | | | 577 | | |
| | | | 578 | | |
| 21 | | | 579 | | |
| 22 | | | 580 | | |
| | | | 581 | | |
| 23 | | | 582 | | |
| | | | 583 | | |
| 24 | | | 584 | | |
| 25 | | | 585 | | |
| | | | 586 | | |
| 26 | | | 587 | | |
| | | | 588 | | |
| 27 | | | 589 | | |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 590 | | |
| | | 591 | | |
| | | 592 | | |
| | | 593 | | |
| | | 594 | | |
| | | 595 | | |
| | | 596 | | |
| | | 597 | | |
| | | 598 | | |
| | | 599 | | |

Cannata also intends to utilize the following deposition transcripts pursuant to applicable federal rules:

1. Deposition transcript(s) of Kevin Sykes-Bonnett from Washington case against Kevin Sykes-Bonnett dated September 25, 2018 and May 16, 2019 [ECF No. 259] on file in Case No. 3:17-cv-05760-BHS;

2. Deposition transcript of Keith Prociuk from the Washington case against Kevin Sykes-Bonnett, [ECF No. 196-2] on file in Case No. 3:17-cv-05760-BHS;

3. Deposition transcript of Keith Prociuk taken in the above-captioned action;

4. Deposition transcript of Chris Piastri taken in the above-captioned action;

5. Deposition transcript of Elizabeth Groves taken in the above-captioned action; and,

6. Deposition transcript of John Bone taken in the above-captioned action;

DATED this 23rd day of January 2023.

SHEA LARSEN

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
*Attorneys for Kenneth Cannata*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 23, 2023, I electronically transmitted the foregoing **DEFENDANT KENNETH CANNATA'S EXHIBIT LIST** to the Office of the Clerk of the United States District Court, District of Nevada, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this matter.

By: /s/ *Bart K. Larsen, Esq.*