MARKS & KLEIN LLC
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Email: efletcher@fletcherlawgroup.com

Attorneys for Plaintiff HP Tuners, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>  vs.<br><br>KENNETH CANNATA,<br><br>                Defendant. | Case No. 3:18-cv-00527-LRH-CSD<br><br>**AGREED PERMANENT INJUNCTION ORDER** |

Plaintiff HP TUNERS, LLC ("HPT"), by and through its undersigned legal counsel, and Defendant KENNETH CANNATA ("Cannata"), by and through his undersigned legal counsel, hereby stipulate that this Court enter this Agreed Permanent Injunction Order as set forth below.

## RECITALS

WHEREAS, this Honorable Court commenced a bench trial in this matter on January 30, 2023 ("Bench Trial");

WHEREAS, during the pendency of the Bench Trial, HPT and Cannata amicably resolved the dispute between them subject to and in accordance with a settlement agreement dated January

30, 2023 ("Settlement Agreement").

WHEREAS, a condition of the Settlement Agreement is the entry of this Agreed Permanent Injunction Order.

## **AGREED PERMANENT INJUNCTION ORDER**

NOW THEREFORE, in consideration of the foregoing recitals, the Court hereby Orders as follows:

1) Cannata, his agents, and any persons acting at his direction, shall not and are hereby PERMANENTLY ENJOINED from the following activities:

   a. Releasing any confidential or proprietary intellectual property belonging to HPT to the public;

   b. Releasing or selling any products or services that have been developed using HPT's proprietary code, including the hardware device developed by [Cannata] in connection with the Syked ECU Tuning, Inc. software solution;

   c. Releasing or selling any products or software based on or derived from HPT's software or products;

   d. Developing, planning, designing, researching, or, in any way creating any software or hardware based on or derived from HPT's VCM Suite, MPVI cable, firmware, key generator, or other proprietary intellectual property;

   e. Possessing, using, releasing or disseminating HPT's confidential and proprietary intellectual property, including HPT's source code files, key generator, administrative versions of the VCM Suite Software or documents containing any such information related thereto; and

   f. Selling, releasing, providing or disseminating HPT credits and/or hacking, cracking, manipulating or otherwise misusing HPT's software at any time in the future.

2) No security shall be required as a condition of the entry of this order.

3) The parties may stipulate to vacate this permanent injunction at any time.

4) The parties consent to the entry of this Agreed Permanent Injunction Order.

5) The parties request that the Court vacate the Bench Trial set for January 31, 2023 at 1:00 p.m.

6) The parties stipulation for dismissal shall be filed within 30 days of this date.

DATED this 31st day of January, 2023.

| FLETCHER & LEE | SHEA LARSEN |
|---|---|
| /s/ Elizabeth Fletcher, Esq.<br>ELIZABETH FLETCHER, ESQ. | /s/ Bart K. Larsen, Esq.<br>BART K. LARSEN, ESQ.<br>Attorneys for Defendant Kenneth Cannata |

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC

**IT IS SO ORDERED.**

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: January 31, 2023