MARKS & KLEIN LLC
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Email: efletcher@fletcherlawgroup.com

Attorneys for Plaintiff HP Tuners, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| HP TUNERS, LLC, a Nevada limited liability company,<br><br>   Plaintiff,<br><br>   vs.<br><br>KENNETH CANNATA,<br><br>   Defendant. | Case No. 3:18-cv-00527-LRH-CSD<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** |
|---|---|

Plaintiff HP TUNERS, LLC ("HPT"), by and through its undersigned legal counsel, and Defendant KENNETH CANNATA ("Cannata" and together with HPT, the "Parties"), by and through his undersigned legal counsel, hereby stipulate to dismiss this action with prejudice as follows:

## **RECITALS**

WHEREAS, HPT commenced this action by filing its Complaint for Injunctive Relief and Damages against Cannata on November 1, 2018, Docket No. 1;

1    WHEREAS, the Parties filed competing motions for summary judgment on June 30, 2021,
2    Docket Nos. 119 and 124;

3    WHEREAS, this Honorable Court entered its Order on the competing motions for
4    summary judgment on February 24, 2022, Docket No. 157;

5    WHEREAS, this Honorable Court entered its Judgment on February 24, 2022, Docket No.
6    158;

7    WHEREAS, this Honorable Court entered its Order on Cannata's motion for summary
8    judgment on the first cause of action on July 26, 2022, Docket No. 172;

9    WHEREAS, this Honorable Court commenced a bench trial in this matter on January 30,
10   2023 ("Bench Trial"), Docket No. 219;

11   WHEREAS, during the pendency of the Bench Trial, HPT and Cannata amicably resolved
12   the dispute between them subject to and in accordance with a settlement agreement dated January
13   30, 2023 ("Settlement Agreement");

14   WHEREAS, as a condition of the Settlement Agreement, this Honorable Court entered the
15   Agreed Permanent Injunction Order on January 31, 2023 ("Injunction Order"), Docket No. 221;

16   WHEREAS, as a condition of the Injunction Order, the Parties agreed to file a stipulation
17   for dismissal.

18

19   ///

20

21   ///

22

23   ///

24

25   ///

26

27   ///

**STIPULATION**

NOW THEREFORE, in consideration of the foregoing Recitals, the Parties hereby stipulate to dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a), including all claims and counterclaims by the respective parties, if applicable, and that all parties agree to be responsible for their own attorney's fees and costs. Nothing in this stipulation nor the order of dismissal with prejudice shall invalidate, release, or otherwise affect the Injunction Order.

DATED this 2nd day of March, 2023.

| FLETCHER & LEE | SHEA LARSEN |
|---|---|
| /s/ Elizabeth Fletcher, Esq. | /s/ Bart K. Larsen, Esq. |
| ELIZABETH FLETCHER, ESQ. | BART K. LARSEN, ESQ. |
|  | Attorneys for Defendant Kenneth Cannata |

MARKS & KLEIN

/s/ Andrew P. Bleiman, Esq.
ANDREW P. BLEIMAN, ESQ.
Attorneys for Plaintiff HP Tuners, LLC

**IT IS SO ORDERED.**

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: _____