AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

HP TUNERS, LLC, a Nevada limited libility company,

              Plaintiff,

v.

KENNETH CANNATA

              Defendant.

**JUDGMENT**

Case Number: 3:18CV-00527-LRH-CSD

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Parties stipulation for dismissal of this action with prejudice (ECF No. 222) pursuant to Fed. R. Civ. P. 41(a) is **GRANTED.**

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly with recognition of the Parties' Agreed Permanent Injunction Order (ECF No. 221) and this case is closed.

Date: March 6, 2023

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_